| Debtor name | Mission Coal Company, LLC, et al. |
|---|---|
| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ALABAMA | |
| Case No. (If known) | |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Trustees of the UMWA Pension & Benefit<br>P.O. Box 19175A<br>Newark, NJ 07195 | | Union | | | | $9,730,167.12 |
| 2 | Michael H. Hollard et al.<br>c/o Ogletree Deakins<br>Attn: John Woodrum<br>1909 K St. NW<br>Washington, DC 20006 | | Litigation | | | | $4,900,000.00 |
| 3 | Bluestone Coal Corporation, and Double-Bonus Mining Company<br>c/o Hendrickson & Long, Pllc<br>P.O. Box 11070<br>Charleston, WV 25339 | | Litigation | | | | $4,000,000.00 |
| 4 | Natural Resource Partners<br>654 Main St<br>Rockwood, PA 15557 | | Trade | | | | $3,198,387.79 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims  Page 1

**Debtor name** Mission Coal Company, LLC, et al.   **Case No. (If known)**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5  Carter Machinery Co Inc<br>Attn: Henry Looney<br>P.O. Box 743849<br>Atlanta, GA 30374-3849 | Henry Looney<br>Tel: 304-683-5932 | Trade | | | | $2,122,561.12 |
| 6  Alabama Power Company<br>Remittance Processing Center<br>P.O. Box 242<br>Birmingham, AL 35292 | Tel: 205-257-1000 | Trade | | | | $1,953,726.97 |
| 7  United Central Industrial Supply<br>Us Dept of Labor Msha<br>P.O. Box 790390<br>St Louis, MO 63179 | Tel: 202-693-9400 | Trade | | | | $1,868,867.80 |
| 8  Rockwood Casualty Insurance Company<br>Rt 10 North<br>P.O. Box 819<br>Pineville, WV 24874 | Tel: 304-732-8646 | Trade | | | | $1,652,263.00 |
| 9  Sheriff of Wyoming County<br>P.O. Box 529<br>Pineville, WV 24874 | | Government | | | | $1,469,807.48 |
| 10  Joann Waid et al.<br>Attn: Astrika Adams<br>ERP Compliant Fuels LLC<br>P.O. Box 305<br>Madison, WV 25130 | Astrika Adams<br>Email:<br>Astrika.Adams@Clarkeinvestments.Com | Litigation | | | | $1,200,000.00 |
| 11  Us Dept of Treasury<br>P.O. Box 24415<br>Canton, OH 44701-4415 | Tel: 888-710-4237 | Government | | | | $1,187,777.58 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims**    Page 2

**Debtor name** Mission Coal Company, LLC, et al.   **Case No. (If known)**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 12  White & Case LLP<br>1221 Ave of the Americas<br>New York, NY 10020 | | Professional Services | | | | $1,010,736.12 |
| 13  Jimmy Baker V. Oak Grove Resources Matter<br>c/o Richard L. Wyatt, Attorney<br>2010 Lancaster Rd<br>Birmingham, AL 35209 | | Litigation | | | | $1,000,000.00 |
| 14  Webster, et al.<br>c/o Heninger, Garrison, Davis, LLC<br>Attn: Jeff Leonard<br>2224 1St Ave N.<br>Birmingham, AL 35203 | | Litigation | | | | $1,000,000.00 |
| 15  Anthem Blue Cross and Blue Shield<br>1717 Arch St, Suite 4010<br>Philadelphia, PA 19103 | | Trade | | | | $838,027.31 |
| 16  Appalachian Power<br>367 George St<br>Beckley, WV 25801 | Tel: 304-255-0537 | Trade | | | | $737,357.80 |
| 17  Surratt, et al.<br>c/o the Masters Law Firm<br>Attn: Roger Decanio<br>181 Summers St<br>Charleston, WV 25301 | | Litigation | | | | $585,000.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims**     Page 3

**Debtor name** Mission Coal Company, LLC, et al.  **Case No. (If known)** _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18  Phillips Machine Service<br>400 White Oaks Blvd<br>Bridgeport, WV 26330 | Tel: 304-933-8000 | Trade | | | | $565,630.16 |
| 19  Steptoe & Johnson Pllc<br>100 Main & River Sts<br>P.O. Box 308<br>Kenova, WV 25507 | | Professional Services | | | | $562,915.98 |
| 20  Birmingham Terminal Railway LLC<br>Attn: Jay Benedict<br>P.O. Box 790343<br>St Louis, MO 63179-0343 | Tel: 620-231-2230 | Trade | | | | $549,431.46 |
| 21  Grover Dunn Assistant Tax Collector<br>P.O. Box 1190<br>Bessemer, AL 35021-1190 | | Trade | | | | $512,794.46 |
| 22  Jennchem LLC<br>Attn: Kenny Church<br>P.O. Box 1840<br>Pineville, WV 24874 | Kenny Church<br>Tel: 304-294-8153 | Trade | | | | $462,462.29 |
| 23  Smith Manus<br>P.O. Box 2446<br>Mt Lake Park, MD 21550 | | Trade | | | | $442,533.00 |
| 24  Rickie Johnson Matter<br>c/o Hamilton, Burgess, Young & Pollard Pllc<br>Attn: Kevin Burgess<br>P.O. Box 959<br>Fayetteville, WV 25840 | | Litigation | | | | $425,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims**    Page 4

**Debtor name** Mission Coal Company, LLC, et al.   **Case No. (If known)**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 25  White Armature Works Inc<br>7258 Cool Springs Blvd, Suite 600<br>Franklin, TN 37067 | | Trade | | | | $413,450.04 |
| 26  Custom Engineering Inc<br>5260 Irwin Rd<br>Huntington, WV 25705 | Tel: 304-522-5757 | Trade | | | | $361,630.82 |
| 27  GMS Mine Repair & Maintenance<br>656 Hall St<br>P.O. Box 320<br>Clay, KY 42404 | Tel: 270-664-6207 | Trade | | | | $359,966.44 |
| 28  GATX Rail<br>Attn: Jay Leadingham<br>222 West Adams St<br>Chicago, IL 60606 | Jay Leadingham<br>Tel: 312-621-6470 | Trade | | | | $358,638.60 |
| 29  Quality Magnetite LLC<br>Attn: Anthony Hruska<br>P.O. Box 603800<br>Charlotte, NC 28260-3800 | Anthony Hruska<br>Tel: 412-963-9071 | Trade | | | | $321,786.64 |
| 30  Cowin Equipment Company Inc<br>Attn: Scott Dyer<br>P.O. Box 671413<br>Dallas, TX 75267-1413 | Scott Dyer<br>Tel: 304-453-2222 | Trade | | | | $315,771.53 |
| 31  Ken & Coy Rock Inc<br>Attn: Chris Walls<br>State Route 10<br>Mallory, WV 25634 | Chris Walls<br>Tel: 304-583-9681 | Trade | | | | $295,904.00 |

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 32  Metlife<br>P.O. Box 603800<br>Charlotte, NC 28260-3800 | | Trade | | | | $289,709.52 |
| 33  Power Technologies<br>P.O. Box 809021<br>Chicago, IL 60680 | Tel: 770-321-2500 | Trade | | | | $289,126.51 |
| 34  Bradley Arant Boult Cummings LLP<br>P.O. Box 241<br>Petersburg, IN 47567 | Tel: 812-354-8156 | Trade | | | | $261,207.55 |
| 35  Coal Specialty Funding, LLC<br>Dept Ch 10579<br>Palatine, IL 60055-0579 | | Trade | | | | $258,864.38 |
| 36  CRA International Inc DBA Charles River<br>2094 B F Buchanan Hwy<br>Tazewell, VA 24651 | | Trade | | | | $254,624.87 |
| 37  Cowin & Company Inc<br>11 Lloyd Ave, Suite 200<br>Latrobe, PA 15650 | | Trade | | | | $249,383.42 |
| 38  Tazewell Mining Supply & Equipment Inc<br>200 Clarendon St<br>Boston, MA 02116 | | Trade | | | | $234,237.00 |

**Debtor name** Mission Coal Company, LLC, et al.  **Case No. (If known)**

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 39  Berwind Land Company<br>P.O. Box 79017<br>Baltimore, MD 21279-0017 | Tel: 304-346-0569 | Trade | | | | $229,173.71 |
| 40  Advantage Technology LLC<br>950 Kanawha Blvd E<br>Charleston, WV 25301 | | Trade | | | | $213,321.60 |
| 41  Blizzard Industrial Supply Co<br>Mining Engineering & Contr<br>301 Industrial Dr<br>Birmingham, AL 35211 | Tel: 205-945-1300 | Trade | | | | $208,313.07 |
| 42  Joy Global Underground Mining LLC<br>4365 Appalachian Hwy<br>Pineville, WV 24874 | Tel: 205-521-8000 | Trade | | | | $197,809.87 |
| 43  AAA Mine Service Underground Inc<br>18 Mountain View Dr<br>Hazard, KY 41701 | | Trade | | | | $197,089.92 |
| 44  Joy Global Conveyors Inc<br>Attn: Brian Peach<br>400 High St, P.O. Box 2187<br>Huntington, WV 25722 | Brian Peach<br>Tel: 304-525-7811 | Trade | | | | $184,265.95 |
| 45  Pense Bros Drilling<br>P.O. Box 72<br>Mount Hope, WV 25880 | Tel: 800-525-7923 | Trade | | | | $179,180.50 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims    Page 7

**Debtor name** Mission Coal Company, LLC, et al.   **Case No. (If known)**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 46 Martin And Associates<br>Attn: Richard Brennan<br>P.O. Box 10624<br>Birmingham, AL 35202 | Richard Brennan<br>Tel: 205-488-3961 | Trade | | | | $178,564.89 |
| 47 Thompson Tractor & Equip Co<br>2401 Pinson Hwy<br>Birmingham, AL 35217 | Tel: 800-547-0760 | Trade | | | | $172,225.81 |
| 48 Cliffs Natural Resources Inc<br>c/o Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King St<br>Wilmington, DE 19801 | | Litigation | Unliquidated | | | |
| 49 Linda Weekly, et al.<br>Attn: Astrika Adams<br>ERP Compliant Fuels LLC<br>P.O. Box 305<br>Madison, WV 25130 | Astrika Adams<br>Email: Astrika.Adams@Clarkeinvestments.Com | Litigation | Unliquidated | | | |
| 50 Alison Shepherd As Surviving Spouse, Mother, Next Friend To Minor Children<br>c/o Church Brogden P.C.<br>Attn: Billy L. Church<br>2101 1st Ave North<br>Pell City, AL 52125 | | Litigation | Unliquidated | | | |