# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MISSION COAL COMPANY, LLC, *et al.*,[1] | ) | Case No. 18-04177-TOM11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 393, 394** |

## ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO AND PERFORM UNDER THE STALKING HORSE PURCHASE AGREEMENT, (II) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTORS' ASSETS, (III) SCHEDULING HEARINGS AND OBJECTION DEADLINES WITH RESPECT TO THE SALE, (IV) SCHEDULING BID DEADLINES AND AN AUCTION, (V) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (VI) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (VII) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") scheduling an expedited hearing and shortening notice of the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Mission Coal Company, LLC (8465); Beard Pinnacle, LLC (0637); Oak Grove Land Company, LLC (6068); Oak Grove Resources, LLC (0300); Pinnacle Land Company, LLC (6070); Pinnacle Mining Company, LLC (7780); Seminole Alabama Mining Complex, LLC (6631); Seminole Coal Resources, LLC (1795); Seminole West Virginia Mining Complex, LLC (7858); Seneca Coal Resources, LLC (1816); and Seneca North American Coal, LLC (5102).  The location of the Debtors' service address is:  7 Sheridan Square, Suite 300, Kingsport, Tennessee 37660.

[2]    Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

Mission - Proposed Order re Motion to Shorten

*and Objection Deadlines with Respect to the Sale (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief* [Docket No. 393] (the "<u>Motion</u>"), all as more fully set forth in the Motion to Shorten; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *General Order of Reference* from the United States District Court for the Northern District of Alabama, dated July 16, 1984, as amended July 17, 1984; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion to Shorten and opportunity for a hearing on the Motion to Shorten were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion to Shorten and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion to Shorten is GRANTED.

2.      A hearing on the Motion shall be held on December 19, 2018, at 10:00 a.m. (Prevailing Central Time).

Case 18-04177-TOM11    Doc 395    Filed 12/05/18    Entered 12/05/18 15:07:00    Desc
Main Document      Page 2 of 3

3.     Any objections to the relief requested in the Motion must be filed on or before December 16, 2018, at 4:00 p.m. (Prevailing Central Time).  Any replies to objections must be filed on or before December 18, 2018, at 12:00 p.m. (Prevailing Central Time).

4.     Immediately after the entry of this Order, counsel for the Debtors shall serve a copy of this Order and notice of the Motion on parties originally served with the Motion to Shorten in the manner described in the Motion to Shorten.

5.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

7.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


Dated: December 5, 2018                            /s/ Tamara O. Mitchell
                                                   TAMARA O. MITCHELL
                                                   United States Bankruptcy

Case 18-04177-TOM11    Doc 395    Filed 12/05/18    Entered 12/05/18 15:07:00    Desc
Main Document    Page 3 of 3