**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION**

**In the Matter of:**

Mission Coal Company, LLC, et al.,    }     **Case No: 18-04177-TOM11**
                                   }
        DEBTOR(S).          }
                                   }
                                   }

**ORDER RESCHEDULING HEARING**

This matter was scheduled for a hearing on Wednesday, December 19, 2018 10:00 AM on the following:

1) RE: Doc #316; Application to Employ Lowenstein Sandler LLP as Counsel to The Official Committee Of Unsecured Creditors Of Mission Coal Company, LLC, et al., Effective as of October 30, 2018

2) RE: Doc #317; Application to Employ Berkeley Research Group, LLC as Financial Advisor to The Official Committee Of Unsecured Creditors Of Mission Coal Company, LLC, et al., Effective as of October 30, 2018

3) RE: Doc #318; Application to Employ Baker, Donelson, Bearman, Caldwell & Berkowitz, PC as Local Counsel to The Official Committee Of Unsecured Creditors Of Mission Coal Company, LLC, et al., Effective as of October 30, 2018

4) RE: Doc #353; Debtors Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

5) RE: Doc #354; Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief

6) RE: Doc #355; Debtors Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving

7) RE: Doc #356; Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Valuation and Tax Advisory Services Provider for the Debtors and (II) Granting Related Relief Nunc Pro Tunc to the Commencement Date

8) RE: Doc #393; Debtors' Motion for Order (I) Authorizing the Debtors to Enter into and Perform under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors Assets, (III) Scheduling Hearings and Objections

9) RE: Doc #401; Motion for Relief from Stay filed by Russell Rutherford, Attorney for Bluestone Coal Corporation and Double Bonus Mining Company

**It is hereby ORDERED, ADJUDGED and DECREED that:**

Based on agreement of the parties, these matters are rescheduled to December 19, 2018 at 8:45 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 12/11/2018                    /s/ TAMARA O. MITCHELL

TAMARA O. MITCHELL
United States Bankruptcy Judge