UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MISSION COAL COMPANY, LLC, *et al.*,[1] | ) ) ) | Case No. 18-04177-TOM11 |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
DECEMBER 19, 2018, AT 8:45 A.M. (PREVAILING CENTRAL TIME),
BEFORE THE HONORABLE TAMARA O. MITCHELL AT THE UNITED
STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA,
LOCATED AT 1800 FIFTH AVENUE NORTH, BIRMINGHAM, ALABAMA 35203[2]**

1. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Docket No. 393, filed December 5, 2018].

    Responses Received:

    A. United Mineworkers of America's Objection to Debtors' Motion for Entry of a Bidding Procedures Motion [Docket No. 434, filed December 14, 2018].

    B. Objection to Motion to Sell and Motion for Court to Set Time to Require Assumption or Rejection of Executory Contract [Docket No. 436, filed December 14 ,2018].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mission Coal Company, LLC (8465); Beard Pinnacle, LLC (0637); Oak Grove Land Company, LLC (6068); Oak Grove Resources, LLC (0300); Pinnacle Land Company, LLC (6070); Pinnacle Mining Company, LLC (7780); Seminole Alabama Mining Complex, LLC (6631); Seminole Coal Resources, LLC (1795); Seminole West Virginia Mining Complex, LLC (7858); Seneca Coal Resources, LLC (1816); and Seneca North American Coal, LLC (5102). The location of the Debtors' service address is: 7 Sheridan Square, Suite 300, Kingsport, Tennessee 37660.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

C. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Docket No. 437, filed December 14, 2018].

D. UMWA Funds' Limited Objection to the Debtors' Bid Procedures Motion [Docket No. 438, filed December 14, 2018].

E. Limited Objection of Mission Coal Funding LLC to Debtors' Bidding Procedures Motion [Docket No. 439, filed December 16, 2018].

Related Documents:

A. Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Docket No. 395, filed December 5, 2018].

A. Declaration of Leon Szlezinger in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Docket No. 440, filed December 16, 2018].

B. DIP Lenders Statement Regarding, and Response to the Committee's Objection to, the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII)

       Granting Related Relief [Docket Nos. 442-443, filed December 17, 2018].

       i. DIP Lenders' Documents in Support of Statement [Docket No. 445, filed December 17, 2018].

       ii. DIP Lenders Witness and Exhibit List Relating to DIP Lenders Statement Regarding, and Response to the Committee's Objection to, the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Docket No. 450, filed December 18, 2018]

    C. Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief [Docket No. 451, filed December 18, 2018].

  **Status**: This matter is going forward.

2. Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 354, filed November 28, 2018].

  Responses Received:

    A. United Mineworkers of America's Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 417, filed December 12, 2018].

    B. UMWA Funds' Objection to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 418, filed December 12, 2018].

3

Case 18-04177-TOM11 Doc 465 Filed 12/18/18 Entered 12/18/18 16:25:19 Desc
Main Document Page 3 of 7

C. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 422, filed December 12, 2018].

D. Limited Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 423, filed December 12, 2018].

E. Bankruptcy Administrator's Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 430, filed December 13, 2018].

Related Documents:

F. Notice of Hearing [Docket No. 361, filed November 29, 2018].

G. Notice of Filing of Exhibit D to Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 416, filed December 11, 2018].

H. Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 452, filed December 18, 2018].

**Status**: This matter is going forward solely with respect to the Debtors' Key Employee Retention Plan. The Debtors' reserve their rights to have the Key Employee Incentive Plan heard at a later hearing, and reply to any objections thereto.

3. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 353, filed November 28, 2018].

Responses Received: None.

Related Documents:

A. Notice of Hearing [Docket No. 361, filed November 29, 2018].

**Status**: This matter is going forward.

4.  Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(B)(9) Requests, and (IV) Approving Notice of Bar Date [Docket No. 355, filed November 28, 2018].

    Responses Received:  None.

    Related Documents:

    A.  Notice of Hearing [Docket No. 361, filed November 29, 2018].

    **Status**:  This matter is going forward.

5.  Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Valuation and Tax Advisory Services Provider for the Debtors and (II) Granting Related Relief *Nunc Pro Tunc* to the Commencement Date [Docket No. 356, filed November 28, 2018].

    Responses Received:  None.

    Related Documents:

    A.  Notice of Hearing [Docket No. 361, filed November 29, 2018].

    **Status**:  This matter is going forward.

6.  Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment of Lowenstein Sandler LLP as Counsel to The Official Committee of Unsecured Creditors Effective as of October 30, 2018 [Docket No. 316, filed November 21, 2018].

    Responses Received:  None.

    Related Documents:

    A.  Notice of Hearing [Docket No. 331, filed November 26, 2018].

    **Status**:  This matter is going forward.

7.  Application of the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Code Sections 328(a). 330 and 1103 Federal Rules of Bankruptcy Procedure 2014(a) and 2016 and Local Rule 2014-1 for Authorization to Employ Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 30, 2018 [Docket No. 317, filed November 21, 2018].

    Responses Received:  None.

5

Case 18-04177-TOM11    Doc 465    Filed 12/18/18    Entered 12/18/18 16:25:19    Desc
Main Document    Page 5 of 7

Related Documents:

 A. Notice of Hearing [Docket No. 331, filed November 26, 2018].

**Status**: This matter is going forward.

8. Application of the Official Committee of Unsecured Creditors to Employ Baker, Donelson, Bearman, Caldwell & Berkowitz, PC as Local Counsel Effective *Nunc Pro Tunc* to November 1, 2018. [Docket No. 318, filed November 21, 2018].

 Responses Received: None.

 Related Documents:

  A. Notice of Hearing [Docket No. 331, filed November 26, 2018].

 **Status**: This matter is going forward.

9. Bluestone Coal Corporation and Double-Bonus Mining Company's Motion for Relief from the Automatic Stay [Docket No. 401, filed December 7, 2018].

 Responses Received: None.

 Related Documents:

  A. Order Granting Motion for Expedited Hearing on Motion for Relief from Stay [Docket No. 411, entered December 10, 2018].

 **Status**: This matter is adjourned by agreement of the parties.

[*Remainder of page intentionally left blank*]

Case 18-04177-TOM11   Doc 465   Filed 12/18/18   Entered 12/18/18 16:25:19   Desc Main Document   Page 6 of 7

| | |
|---|---|
| Birmingham, Alabama<br>Dated: December 18, 2018 | */s/ Daniel D. Sparks*<br>Daniel D. Sparks<br>Bill D. Bensinger<br>**CHRISTIAN & SMALL LLP**<br>505 North 20th Street, Suite 1800<br>Birmingham, Alabama 35203<br>Telephone: (205) 795-6588<br>Facsimile: (205) 328-7234<br>Email: ddsparks@csattorneys.com<br>bdbensinger@csattorneys.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Brad Weiland (admitted *pro hac vice*)<br>Melissa N. Koss (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>brad.weiland@kirkland.com<br>melissa.koss@kirkland.com<br><br>- and -<br><br>Stephen E. Hessler, P.C. (admitted *pro hac vice*)<br>Ciara Foster (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: stephen.hessler@kirkland.com<br>ciara.foster@kirkland.com<br><br>*Co-Counsel to the Debtors* |