UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MISSION COAL COMPANY, LLC, *et al.*,[1] | ) ) | Case No. 18-04177-TOM11 |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) | **Re: Docket No. 490** |

### NOTICE OF FILING OF OPENING BIDDER'S PROPOSED AGREEMENT

**PLEASE TAKE NOTICE** that on December 5, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief* [Docket No. 393] (the "Motion"), attached to which was a draft stalking horse purchase agreement (the "Stalking Horse Purchase Agreement"), which, as noted in the Motion, remained subject to material revision in connection with ongoing negotiations between the Debtors and the DIP Lenders.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mission Coal Company, LLC (8465); Beard Pinnacle, LLC (0637); Oak Grove Land Company, LLC (6068); Oak Grove Resources, LLC (0300); Pinnacle Land Company, LLC (6070); Pinnacle Mining Company, LLC (7780); Seminole Alabama Mining Complex, LLC (6631); Seminole Coal Resources, LLC (1795); Seminole West Virginia Mining Complex, LLC (7858); Seneca Coal Resources, LLC (1816); and Seneca North American Coal, LLC (5102). The location of the Debtors' service address is: 7 Sheridan Square, Suite 300, Kingsport, Tennessee 37660.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that on December 17, 2018, the DIP Lenders filed the *DIP Lenders' Statement Regarding, and Response to the Committee's Objection to, the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform Under the Stalking Horse Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (IV) Scheduling Bid Deadlines and an Auction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Assumption and Assignment Procedures, and (VII) Granting Related Relief* [Docket No. 442] and related documents in support thereof (the "DIP Lenders' Documents") [Docket No. 445], attached to which was a proposed modified stalking horse purchase agreement in a form that was, at the time, acceptable to the DIP Lenders (the "Modified Stalking Horse APA").

**PLEASE TAKE FURTHER NOTICE** that on December 19, 2018, a hearing (the "Hearing") on the Motion was held before the Honorable Tamara O. Mitchell, at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Courtroom #3, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203-2111 (the "Court"), at which Hearing the DIP Lenders stated on the record the terms of a revised proposed bid (the "Revised Bid"), which Revised Bid, *inter alia*, provides for the approval and consummation of the sale of the Debtors' assets pursuant to an order pursuant to section 363 of the Bankruptcy Code as opposed to approval and consummation pursuant to a chapter 11 plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that on December 21, 2018, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling the Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines*

*and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief* (the "<u>Bidding Procedures Order</u>") [Docket No. 490], which Bidding Procedures Order provided that the Revised Bid, as memorialized in a further revised purchase agreement (the "<u>Opening Bidder's Proposed Agreement</u>"), would be filed with the Court at a later date and serve as a minimum or floor bid. *See* Bidding Procedures Order ¶ F.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, the DIP Lenders hereby file the Opening Bidder's Proposed Agreement, attached hereto as **<u>Exhibit A</u>**, which agreement (i) has not been approved by the Court and (ii) has not been executed by the Debtors, and the Debtors are not bound by such agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit B</u>** is a blackline (changed pages only) of the Opening Bidder's Proposed Agreement against the Stalking Horse Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit C</u>** is a blackline (changed pages only) of the Opening Bidder's Proposed Agreement against the Modified Stalking Horse APA.

Dated: December 28, 2018          Respectfully submitted,

<u>*/s/ Michael Leo Hall*</u>
Michael Leo Hall
D. Christopher Carson
Heather Jamison

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 251-3000
Fax: (205) 458-5100

3

Email: mhall@burr.com
ccarson@burr.com
hjamison@burr.com

and

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. Esq. (*pro hac vice*)
Lacy M. Lawrence, Esq. (*pro hac vice*)
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Phone: (214) 969-2800
Fax: (214) 969-4343
Email: mbrimmage@akingump.com
llawrence@akingump.com

Arik Preis, Esq. (*pro hac vice*)
Lisa G. Beckerman, Esq. (*pro hac vice*)
Jason P. Rubin, Esq. (*pro hac vice*)
Allison P. Miller, Esq. (*pro hac vice*)
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Phone: (212) 872-1000
Fax: (212) 872-1002
Email: apreis@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com
amiller@akingump.com

*Counsel for the DIP Lenders and Prepetition First Lien Lenders*

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document in accordance with the terms of this Court's Order Pursuant to 11 U.S.C. §§ 102 and 105(a) and Bankruptcy Rules 2002(M) and 9007 Implementing Certain Notice and Case Management Procedures [Docket No. 67] (the "Case Management Order") through the ECF system or as otherwise proscribed in the Case Management Order on this the 28th day of December, 2018.

                                      */s/ Michael Leo Hall*
                                      OF COUNSEL

Case 18-04177-TOM11   Doc 512   Filed 12/28/18   Entered 12/28/18 15:24:07   Desc
Main Document    Page 4 of 4