UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MISSION COAL COMPANY, LLC, *et al.*,[1] | ) ) ) | Case No. 18-04177-TOM11 |
| Debtors. | ) ) | (Jointly Administered) |

**AMENDMENT TO ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTORS' ASSETS, (II) SCHEDULING HEARINGS AND OBJECTION DEADLINES WITH RESPECT TO THE SALE, (III) SCHEDULING BID DEADLINES AND AN AUCTION, (IV) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (V) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (VI) GRANTING RELATED RELIEF**

Upon the Debtors' request made in open court on February 6, 2019, and after no objection from any party in interest, the Court hereby amends its *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief*, [Docket No. 490] (the "Order"), as follows:

Paragraph 7 of the Order is deleted in its entirety, and the following paragraph is inserted therefor:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mission Coal Company, LLC (8465); Beard Pinnacle, LLC (0637); Oak Grove Land Company, LLC (6068); Oak Grove Resources, LLC (0300); Pinnacle Land Company, LLC (6070); Pinnacle Mining Company, LLC (7780); Seminole Alabama Mining Complex, LLC (6631); Seminole Coal Resources, LLC (1795); Seminole West Virginia Mining Complex, LLC (7858); Seneca Coal Resources, LLC (1816); and Seneca North American Coal, LLC (5102). The location of the Debtors' service address is: 7 Sheridan Square, Suite 300, Kingsport, Tennessee 37660.

7. The deadline to object to approval of the Sale (the "Sale Objection Deadline") is now reset for **Wednesday, March 6, 2019, at 4:00 p.m., prevailing Central Time**. The deadline by which responses to any objections to approval of the Sale must be filed is **Monday, March 18, 2019 at 12:00 p.m., prevailing Central Time**.

Dated: February 7, 2019
Birmingham, Alabama

/s/ Tamara O. Mitchell
Hon. Tamara O. Mitchell
United States Bankruptcy Judge