UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
| Debtors. | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

**MONTHLY BANKRUPTCY ADMINISTRATOR FORM FOR THE PERIOD ENDED JANUARY 31, 2019**

**DEBTOR'S ADDRESS:**       **7 Sheridan Square Suite 300**
**Kingsport, TN 37660**

**DEBTOR'S ATTORNEYS:**       **Daniel D. Sparks and Bill D. Bensinger**
**Christian & Small LLP**
**505 North 20th Street, Suite 1800**
**Birmingham, AL 35203**

**Stephen E. Hessler P.C. (admitted pro hac vice) and Ciara Foster (admitted pro hac vice)**
**Kirkland & Ellis LLP**
**601 Lexington Avenue**
**New York, NY 10022**

**Melissa N. Koss (admitted pro hac vice)**
**Kirkland & Ellis LLP**
**300 North LaSalle**
**Chicago, IL 60654**

**REPORT PREPARER:**       **Mission Coal Company, LLC, et al.**

**I CERTIFY THAT THE INFORMATION WITHIN THIS REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

| | |
|---|---|
| 2/20/2018 | /s/ Alan W. Jones Jr. |
| **Date** | **Alan W. Jones Jr.** |
| | **VP - Accounting** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

In re Mission Coal Company, LLC, et al.    Case No. (Jointly Administered):    **18-04177-TOM11**
                                           Reporting Period:    **January 1, 2019 - January 31, 2019**
                                           Federal Tax ID #:    **82-3778465**

**CORPORATE BANKRUPTCY ADMINISTRATOR FORM**

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 20th of each month.**

| Required Documents | Form No. | Document Attached | Explanation |
|---|---|---|---|
| Legal Entities | | X | |
| Notes to BAF | | X | |
| Business Debtor's Affirmations | BA-01 | X | |
| Business Debtor's Cash Receipts and Disbursements | BA-02 (Part 1) | X | |
| Condensed Consolidated Income Statement | BA-02 (Part 2) | X | |
| Business Debtor's Accounts Receivable | BA-02 (A) | X | |
| Business Debtor's Actual Disbursements | BA-02 (B) | | See BA-02 (Part 1) |
| Business Debtor's Payments to Secured Creditors | BA-02 (C) | X | |
| Status of Business Debtor's Post-Petition Taxes | BA-02 (D) | X | |
| Business Debtor's Bank Accounts | BA-03 (Part 1) | X | |
| Business Debtor's Payments to Insiders | BA-03 (Part 2) | X | |
| Business Debtor's Inventory | BA-03 (Part 3) | X | |
| Business Debtor's Payments Made to Pre-Petition Unsecured Creditors | BA-03 (Part 4) | X | |
| Business Debtor's Post-Petition Accounts Payable | BA-03 (A) | X | |
| Condensed Consolidated Balance Sheet | BA-04 | X | |
| Insurance Policies | | X | |
| Ordinary Course Professional Payments | | X | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

In re Mission Coal Company, LLC, et al.
      Case No. (Jointly Administered):      **18-04177-TOM11**
      Reporting Period:      **January 1, 2019 - January 31, 2019**
      Federal Tax ID #:      **82-3778465**

**LEGAL ENTITIES**

**The report includes activity from the following Debtors and related case numbers:**

| Debtor | Case Number |
|---|---|
| Mission Coal Company, LLC | 18-04177 |
| Oak Grove Resources, LLC | 18-04176 |
| Beard Pinnacle, LLC | 18-04178 |
| Oak Grove Land Company, LLC | 18-04179 |
| Pinnacle Land Company, LLC | 18-04180 |
| Pinnacle Mining Company, LLC | 18-04181 |
| Seminole Alabama Mining Complex, LLC | 18-04182 |
| Seminole Coal Resources, LLC | 18-04183 |
| Seminole West Virginia Mining Complex, LLC | 18-04184 |
| Seneca Coal Resources, LLC | 18-04185 |
| Seneca North American Coal, LLC | 18-04186 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
| | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

**NOTES TO THE BANKRUPTCY ADMINISTRATOR FORM**

**General Notes**

On October 14, 2018 (the "Petition Date"), Mission Coal Company, LLC and its direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") commenced their chapter 11 cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court").

This Monthly Operating Report and the condensed consolidated financial statements included herein have been prepared solely for the purpose of complying with the monthly reporting requirements of the Bankruptcy Court and the lenders under the Debtors' post-petition financing facility, as amended (the "DIP Facility"), and are in a format that the Debtors believe is acceptable to the Bankruptcy Administrator. The Monthly Operating Report is limited in scope and covers a limited time period. The schedules contained herein were not audited or reviewed by independent accountants. Furthermore, because the Debtors generally produce their financial reporting on a consolidated basis, it is possible that not all assets, liabilities, cash receipts and disbursements have been recorded at the correct Debtor entity. The Debtors reserve all rights to supplement or amend any schedules contained in this Monthly Operating Report.

The information herein is unaudited and subject to further review and potential adjustments, and may not have been subject to all procedures that would typically be applied to financial information presented in accordance with Generally Accepted Accounting Principles in the United States of America ("US GAAP"), including, but not limited to, accruals, asset impairment testing and other recurring adjustments considered necessary by management to fairly state the financial position and results of operations for the interim period(s) presented. Furthermore, this Monthly Operating Report excludes required fair value adjustments related to the Debtors restructuring on January 31, 2018, the adoption of ASU 2014-09 Revenue from Contracts with Customers and does not contain all disclosures that would be required for presentation in accordance with US GAAP.

Certain prepetition liabilities have been reclassified as liabilities subject to compromise. Liabilities subject to compromise may include estimated or liquidated amounts for certain obligations arising prior to the Petition Date, including, among others, (a) debt-related obligations, (b) employee or retiree benefit-related obligations, (c) contractual obligations and (d) litigation and other contingent claims. The Debtors continue to analyze and reconcile these amounts, and, therefore, the amounts reflected herein are current estimates and subject to change as additional analysis is completed and decisions made.

The Debtors caution readers not to place undue reliance upon the information contained in this Monthly Operating Report. The results herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the combined results and financial position of the Debtors in the future.

Subsequent information or discovery may result in material changes to the information provided herein, and errors or omissions may exist. Notwithstanding any such

**Business Debtor's Affirmations**

Copies of bank statements and reconciliations can be provided upon request.

**Business Debtor's Cash Receipts and Disbursements**

The Debtors are authorized to continue using their cash management system pursuant to the Final Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms and (D) Continue to Perform Intercompany Transactions; (II) Granting Administrative Status to Postpetition Intercompany Balances; and (III) Granting Related Relief (Docket No. 312). Receipts and disbursements are presented on a book basis from January 1, 2019 through January 31, 2019. Amounts exclude intercompany cash management activity among the Debtors.

**Condensed Consolidated Income Statement**

The monthly income statement presented reflects the condensed consolidated statement of operations for Mission Coal Company, LLC and its subsidiaries for the period January 1, 2019 through January 31, 2019.

**Business Debtor's Accounts Receivable**

The Debtors accounts receivable aging is presented as of January 31, 2019.

**Business Debtor's Payments to Secured Creditors**

The Debtors rolled up previously existing first lien debt into its debtor-in-possession financing facility pursuant to the Final Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Financing Pursuant to 11 U.S.C. §§ 105(A), 361, 362, 363, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E), (II) Authorizing the Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364 and (IV) Granting Related Relief (Docket No. 300).

There were no payments to secured creditors for the period January 1, 2019 through January 31, 2019.

**Status of Business Debtor's Post-Petition Taxes**

All undisputed post-petition business and payroll taxes (via ADP) have been paid/deposited in a timely manner.
See BA-01.

**Business Debtor's Bank Accounts**

All amounts listed are the bank balances for the Debtors as of January 31, 2019.

**Business Debtor's Payments to Insiders**

For the purposes of this Monthly Operating Report, the Debtors have defined "insider employees" as Michael Zervos (President and CEO), Gary Broadbent (General Counsel, VP of HR and Secretary) and Alan W. Jones Jr. (VP - Accounting). The Debtors have defined "other insiders" to include Board managers and Independent Directors including Jason McCoy, Kenneth McCoy, Charles Ebetino, Anthony Horton, and David Heiman.

The parties identified as "insiders" have been included for informational purposes only. The inclusion of a party as an "insider" herein is not an acknowledgement or concession that such party is an insider under any applicable law.

**Business Debtor's Inventory**

The schedule of inventory presented reflects the balance by subsidiary and type as of January 31, 2019.

**Business Debtor's Payments Made to Pre-Petition Unsecured Creditors**

The schedule of pre-petition payments reflect amounts for Mission Coal Company, LLC and its subsidiaries. All amounts shown were paid under the authority of court approved first day motions. Additional detail can be provided upon request.

**Business Debtor's Post-Petition Accounts Payable**

The Debtors post-petition accounts payable aging is presented as of January 31, 2019. Amounts reflect post-petition trade payables (excluding payables related to goods and services received but not yet invoiced and other miscellaneous accruals during the reporting period). Due to administrative issues and process of reconciling claims, certain payments may be periodically delayed.

**Insurance Policies**

The schedule of insurance policies presented reflects all insurance policies of the Debtors as of January 31, 2019. The descriptions of the Debtors' insurance policies therein are intended only as a summary and the actual terms of such insurance policies shall govern in the event of any inconsistency with the descriptions set forth herein.

**Ordinary Course Professional Payments**

The schedule of OCP payments represents amounts paid for the period January 1, 2019 through January 31, 2019.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
| | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

BA-01

<div style="background:black;color:white;text-align:center">BUSINESS DEBTOR'S AFFIRMATIONS</div>

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 20th of each month.**

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | YES | NO |
|---|---|---|
| All post-petition business taxes have been paid/deposited. | X | |
| All post-petition individual taxes have been paid/deposited. | X | |
| Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect. | X | |
| New books and records were opened and are being maintained daily. | X | |
| Copies of all banks statements and reconciliations are attached. | | See Notes |
| I have otherwise complied with all requirements of the Chapter 11 Operating Order. | X | |
| All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles. | | See Notes |

In re Mission Coal Company, LLC, et al.    Case No. (Jointly Administered):    **18-04177-TOM11**
                                           **Reporting Period:**    **January 1, 2019 - January 31, 2019**
                                           **Federal Tax ID #:**    **82-3778465**

**BA-02 (Part 1)**

**BUSINESS DEBTOR'S CASH RECEIPTS AND DISBURSEMENTS**

$USD in 000's

**Receipts**
| | |
|---|---|
| Sales/AR receipts | 21,651 |
| DIP funding | - |
| Other receipts (e.g. sales of property) | - |
| **Total Receipts** | $ **21,651** |

**Business Disbursements**
| | |
|---|---|
| Payroll & benefits | 9,589 |
| Mine operating and repair costs | 10,339 |
| Royalties and taxes | 2,531 |
| Utilities and insurance | 2,282 |
| Non-retained professionals | 958 |
| Retained professionals | 2,930 |
| Freight | 2,112 |
| Leases | 499 |
| Surety | 269 |
| **Total disbursements** | $ **31,509** |
| Beginning cash and cash equivalents | 17,999 |
| Change in cash and cash equivalents | (9,858) |
| **Ending cash and cash equivalents (1/31/2019)** | $ **8,140** |

| Debtor Entity | Case Number | Receipts | Disbursements | Surplus / Deficit |
|---|---|---|---|---|
| Mission Coal Company, LLC | 18-04177 | 23 | 4,877 | (4,854) |
| Oak Grove Resources, LLC | 18-04176 | 11 | 14,011 | (14,000) |
| Beard Pinnacle, LLC | 18-04178 | - | - | - |
| Oak Grove Land Company, LLC | 18-04179 | - | - | - |
| Pinnacle Land Company, LLC | 18-04180 | - | - | - |
| Pinnacle Mining Company, LLC | 18-04181 | 217 | 3,413 | (3,197) |
| Seminole Alabama Mining Complex, LLC | 18-04182 | - | 220 | (220) |
| Seminole Coal Resources, LLC | 18-04183 | 4,826 | 111 | 4,715 |
| Seminole West Virginia Mining Complex, LLC | 18-04184 | 1 | 8,367 | (8,366) |
| Seneca Coal Resources, LLC | 18-04185 | - | 367 | (367) |
| Seneca North American Coal, LLC | 18-04186 | 16,572 | 143 | 16,429 |
| **Total** | | $ **21,651** | $ **31,509** | $ **(9,858)** |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
|---|---|---|
| | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

**BA-02 (Part 2)**

| CONDENSED CONSOLIDATED MONTHLY INCOME STATEMENT | | | | |
|---|---|---|---|---|
| | Start: | | 1/1/2019 | 10/15/2018 |
| $USD in 000's | End: | | 1/31/2019 | 1/31/2019 |
| **Revenues:** | | | | |
| Coal revenues | | | 13,337 | 87,261 |
| Freight and handling revenues | | | 294 | 18,387 |
| Other revenues | | | 36 | 128 |
| **Total revenues** | | $ | **13,667** $ | **105,776** |
| | | | | |
| **Costs and expenses** | | | | |
| Cost of coal sales (exclusive of items show separately below) | | | 15,629 | 93,835 |
| Freight and handling costs | | | 294 | 18,387 |
| Depreciation, depletion and amortization | | | 1,252 | 10,847 |
| Amortization of acquired intangibles | | | - | 316 |
| Selling, general and administrative expenses | | | 1,948 | 7,067 |
| Restructuring and impairment charges | | | - | 4,685 |
| **Total costs and expenses** | | $ | **19,123** $ | **135,137** |
| | | | | |
| **Income (loss) from operations** | | $ | **(5,456)** $ | **(29,361)** |
| | | | | |
| **Other income (expenses):** | | | | |
| Interest expense | | | (2,567) | (12,051) |
| Miscellaneous other income (expense) | | | (242) | 504 |
| Loan impairment | | | - | - |
| Early extinguishment of debt | | | - | (44,338) |
| **Total other income (expense), net** | | $ | **(2,809)** $ | **(55,885)** |
| | | | | |
| Income (loss) before reorganization expenses | | | (8,264) | (85,247) |
| Reorganization expenses | | | (5,595) | (82,396) |
| **Net income (loss)** | | $ | **(13,859)** $ | **(167,642)** |
| Less: net (income) loss attributable to non-controlling interest | | | 3,941 | 48,244 |
| **Net income (loss) attributable to Mission Coal Company** | | $ | **(9,917)** $ | **(119,398)** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | **18-04177-TOM11** |
| | Reporting Period: | **January 1, 2019 - January 31, 2019** |
| | Federal Tax ID #: | **82-3778465** |

**BA-02 (A)**

## BUSINESS DEBTOR'S ACCOUNTS RECIEVABLE

$USD in 000's

| Entity | 0-30 Days | 31-60 Days | 61-90 Days | Over 91 Days | Balance - 1/31/19 |
|---|---|---|---|---|---|
| Mission Coal Company, LLC | - | - | - | - | $ - |
| Oak Grove Resources, LLC | - | - | - | - | $ - |
| Beard Pinnacle, LLC | - | - | - | - | $ - |
| Oak Grove Land Company, LLC | - | - | - | - | $ - |
| Pinnacle Land Company, LLC | - | - | - | - | $ - |
| Pinnacle Mining Company, LLC | 35 | - | - | - | $ 35 |
| Seminole Alabama Mining Complex, LLC | - | - | - | - | $ - |
| Seminole Coal Resources, LLC | 2,689 | 1,175 | 213 | 326 | $ 4,403 |
| Seminole West Virginia Mining Complex, LLC | - | - | - | - | $ - |
| Seneca Coal Resources, LLC | - | - | - | - | $ - |
| Seneca North American Coal, LLC | 14,300 | 688 | 838 | 432 | $ 16,258 |
| **Total accounts receivable** | $ 17,024 | $ 1,863 | $ 1,051 | $ 758 | $ 20,696 |

| | |
|---|---|
| Amounted collected this month on accounts receivable charged and paid this month | 15,852 |
| Amount collected this month on accounts receivable charged in prior months and paid this month | 5,799 |
| **Total collected this month on accounts receivable** | $ 21,651 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
|---|---|---|
| | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

**BA-02 (C)**

**BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS**

**$USD in 000's**

| Secured Creditor | Type | Amount Paid | Total Paid to Date |
|---|---|---|---|

There were no payments to secured creditors for the period January 1, 2019 through January 31, 2019.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): **18-04177-TOM11** |
| | Reporting Period: **January 1, 2019 - January 31, 2019** |
| | Federal Tax ID #: **82-3778465** |

BA-02 (D)

**STATUS OF BUSINESS DEBTOR'S POST-PETITION TAXES**

$USD in 000's

| Tax | Beg. Balance | | Accrual | | Amount Paid | | Ending Balance |
|---|---|---|---|---|---|---|---|
| **Federal** | | | | | | | |
| Payroll taxes | | 112 | | 477 | | 394 | 196 |
| Black lung excise taxes (1) | | (47) | | 125 | | 48 | 30 |
| Reclamation taxes | | 77 | | 13 | | 80 | 9 |
| **Total federal taxes** | $ | **141** | $ | **615** | $ | **521** | $ **235** |
| | | | | | | | |
| **State and local taxes** | | | | | | | |
| Payroll taxes | | 89 | | 88 | | 112 | 65 |
| Sales taxes | | 116 | | 160 | | 113 | 163 |
| Property and real estate taxes | | - | | 188 | | - | 188 |
| Severance taxes | | 250 | | 214 | | 247 | 218 |
| Reclamation taxes | | 13 | | 6 | | 12 | 7 |
| **Total state and local taxes** | $ | **469** | $ | **656** | $ | **485** | $ **640** |

(1) Includes export tons overage payment. Credit will be applied to subsequent payments.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | **18-04177-TOM11** |
| | Reporting Period: | **January 1, 2019 - January 31, 2019** |
| | Federal Tax ID #: | **82-3778465** |

**BA-03 (Part 1)**

## BUSINESS DEBTOR'S BANK ACCOUNTS

$USD in 000's

| Debtor Entity | Bank | Account | Type | 1/1/2019 Book Balance | 1/1/2019 Bank Balance |
|---|---|---|---|---|---|
| Mission Coal Company, LLC | BBVA Compass | 2813 | Check Account | 1,183 | 1,358 |
| Mission Coal Company, LLC | BBVA Compass | 6547 | Adequate Assurance | 1,319 | 1,319 |
| Seminole Coal Resources, LLC | BBVA Compass | 0582 | Check Account | 2,436 | 2,835 |
| Seneca Coal Resources, LLC | BBVA Compass | 9681 | Check Account | 3,187 | 4,345 |
| Oak Grove Resources, LLC | BBVA Compass | 4879 | Petty Cash | 14 | 7 |
| Pinnacle Mining Company, LLC | First Community Bank | 0046 | Petty Cash | 1 | 1 |
| Seminole West Virginia Mining Complex, LLC | City National Bank | 8802 | Petty Cash | 0 | 3 |
| **Total** | | | | **$ 8,140** | **$ 9,868** |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
| | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

**BA-03 (Part 2)**

**BUSINESS DEBTOR'S PAYMENTS TO INSIDERS**

$USD in 000's

| Insiders | Current Period | Total Paid to Date |
|---|---|---|
| Payments to insider employees | 116 | 502 |
| Payments to other insiders | 42 | 262 |
| **Total** | **$ 158** | **$ 764** |

In re Mission Coal Company, LLC, et al.          Case No. (Jointly Administered):          18-04177-TOM11
                                                 Reporting Period:          January 1, 2019 - January 31, 2019
                                                 Federal Tax ID #:          82-3778465

**BA-03 (Part 3)**

### BUSINESS DEBTOR'S INVENTORY

**$USD in 000's**

| Debtor | Type | 1/31/2019 |
|---|---|---:|
| Oak Grove Resources, LLC | Clean coal inventory | 10,977 |
| Oak Grove Resources, LLC | Raw coal inventory | 5,054 |
| Oak Grove Resources, LLC | Materials & supplies | 3,745 |
| Pinnacle Mining Company, LLC | Clean coal inventory | 6,707 |
| Pinnacle Mining Company, LLC | Raw coal inventory | 663 |
| Pinnacle Mining Company, LLC | Materials & supplies | 44 |
| Seminole West Virginia Mining Complex, LLC | Clean coal inventory | 7,172 |
| Seminole West Virginia Mining Complex, LLC | Raw coal inventory | 1,409 |
| Seminole West Virginia Mining Complex, LLC | Materials & supplies | 535 |
| **Total inventory** | | $ 36,306 |

In re Mission Coal Company, LLC, et al.    Case No. (Jointly Administered):    **18-04177-TOM11**
                                           Reporting Period:    **January 1, 2019 - January 31, 2019**
                                           Federal Tax ID #:    **82-3778465**

**BA-03 (Part 4)**

**BUSINESS DEBTOR'S PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS**

$USD in 000's

| Creditor / Purpose | 1/31/2019 | | Total |
|---|---|---|---|
| **Wages** | | | |
| Compensation and withholding obligations | 1 | | 5,187 |
| Employee benefit programs | 251 | | 6,969 |
| | $ 252 | $ | 12,157 |
| **Taxes** | | | |
| Sullivan County (Property) (1) | - | | 0 |
| City of Kingsport (Property) (1) | - | | 0 |
| Alabama Surface Mining Commission (Environmental and Safety) | - | | 14 |
| US Dept. of Treasury (Environment and Safety) | 16 | | 644 |
| US Dept. of Treasury (Federal Excise) | - | | 32 |
| OSM (Federal Reclamation) | - | | 77 |
| | $ 16 | $ | 768 |
| **Critical Vendors / Lienholders** | | | |
| Lien claims | 1 | | 463 |
| Equipment suppliers | - | | 482 |
| Material suppliers (1) | 0 | | 324 |
| Shipping vendors | 19 | | 1,251 |
| Service providers | 3 | | 485 |
| | $ 23 | $ | 3,006 |
| **Royalties** | | | |
| Natural Resource Partners | - | | 1,509 |
| | $ - | $ | 1,509 |
| **Insurance** | | | |
| JLT Specialty Insurance Services Inc | - | | 41 |
| AFCO | - | | 55 |
| | $ - | $ | 96 |
| **Surety Bonds** | | | |
| Smith Manus | - | | 48 |
| | $ - | $ | 48 |
| | $ 291 | $ | 17,583 |

(1) Amounts paid were less than $500.

In re Mission Coal Company, LLC, et al.

Case No. (Jointly Administered): **18-04177-TOM11**
Reporting Period: **January 1, 2019 - January 31, 2019**
Federal Tax ID #: **82-3778465**

**BA-03 (A)**

**BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE**

$USD in 000's

| Entity | 0-30 Days | 31-60 Days | 61-90 Days | 90+ | | 1/31/2019 |
|---|---|---|---|---|---|---|
| Mission Coal Company, LLC | 1,250 | 5 | - | - | $ | 1,255 |
| Oak Grove Resources, LLC | (763) | - | - | - | $ | (763) |
| Beard Pinnacle, LLC | - | - | - | - | $ | - |
| Oak Grove Land Company, LLC | - | - | - | - | $ | - |
| Pinnacle Land Company, LLC | - | - | - | - | $ | - |
| Pinnacle Mining Company, LLC | (139) | - | (7) | - | $ | (145) |
| Seminole Alabama Mining Complex, LLC | 45 | - | - | - | $ | 45 |
| Seminole Coal Resources, LLC | 123 | - | - | - | $ | 123 |
| Seminole West Virginia Mining Complex, LLC | (2,863) | 45 | 30 | - | $ | (2,787) |
| Seneca Coal Resources, LLC | 222 | - | - | - | $ | 222 |
| Seneca North American Coal, LLC | 388 | - | - | - | $ | 388 |
| **Total accounts payable (1)** | $ (1,736) | $ 50 | $ 24 | $ - | $ | (1,662) |

(1) Negative accounts payable balance due to vendor prepayments.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
|---|---|---|
| | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

BA-04

**CONDENSED CONSOLIDATED BALANCE SHEET**

| $USD in 000's | | 1/31/2019 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | | 8,140 |
| Trade accounts receivable, net | | 20,696 |
| Inventories, net | | 36,306 |
| Prepaid expenses and other current assets | | 25,353 |
| **Total current assets** | $ | 90,495 |
| Property, plant, equipment, & mine development costs, net | | 61,803 |
| Owned & leased mineral rights & land | | 18,653 |
| Intangible assets | | - |
| Other non-current assets | | 8,575 |
| **Total assets** | $ | 179,526 |
| | | |
| **Liabilities** | | |
| Current portion of long-term debt | | 227,219 |
| Trade accounts payable | | (1,662) |
| Accrued expenses and other current liabilities | | 74,980 |
| **Total current liabilities** | $ | 300,537 |
| Long-term debt | | - |
| Postretirement medical benefit obligations | | 44,215 |
| Asset retirement obligations | | 8,714 |
| Other non-current liabilities | | 10,694 |
| **Total liabilities not subject to compromise** | $ | 364,159 |
| Liabilities subject to compromise | | 237,878 |
| **Total liabilities** | $ | 602,038 |
| | | |
| **Member's Equity** | | |
| Members' investment | | 7,634 |
| Retained Earnings | | (359,861) |
| AOCI | | 9,196 |
| Non-controlling interest | | (79,479) |
| **Total member's equity** | $ | (422,512) |
| | | |
| **Total liabilities + members equity** | $ | 179,526 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

In re Mission Coal Company, LLC, et al.

Case No. (Jointly Administered):      18-04177-TOM11
Reporting Period:      January 1, 2019 - January 31, 2019
Federal Tax ID #:      82-3778465

**INSURANCE POLICIES**

| Type | Carrier | Account | Period |
|------|---------|---------|--------|
| Directors & Officers Liability | Tokio Marine HCC | 14-MGU-18-A45054 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | US Commercial Management Liability | ADX30000799900 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | XL Catlin - Professional Insurance | ELU158008-18 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | XL Catlin - Professional Insurance | ELU158014-18 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | Berkley Professional Liability | BPRO8038047 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | Starr Indemnity & Liability Company | 1000621187181 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | Tokio Marine HHC | 14-MGU-18-A45053 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | US Commercial Management Liability | ADX30000800100 | 09/28/2018 - 09/28/2019 |
| Directors & Officers Liability | QBE Specialty Insurance Company | 100002179 | 05/17/2018 - 02/01/2019 |
| Directors & Officers Liability | RSUI Indemnity Company | NHS676810 | 05/17/2018 - 02/01/2019 |
| Directors & Officers Liability | Hudson Specialty Insurance Company | HS03035060 | 05/17/2018 - 02/01/2019 |
| Directors & Officers Liability | RLI Insurance Company | EPG0019472 | 05/17/2018 - 02/01/2019 |
| Directors & Officers Liability | Ironshore Indemnity, Inc. | 003601200 | 05/17/2018 - 02/01/2019 |
| Directors & Officers Liability | Wesco Insurance Company | EUW152257400 | 05/17/2018 - 02/01/2019 |
| Directors & Officers Liability | Westchester Fire Insurance Company | G71134519001 | 05/17/2018 - 02/01/2019 |
| Commercial General Liability | Houston Specialty Insurance Company | GL0019372001 | 10/26/2018 - 10/26/2019 |
| Commercial Property / Equipment | Lloyds of London | PM1800110 | 10/26/2018 - 10/26/2019 |
| Automobile Liability | Great Midwest Insurance Company | CA0016383702 | 10/26/2018 - 10/26/2019 |
| Commercial Sector Foreign Package | ACE American Insurance Company | PHFD4224861700 | 10/26/2018 - 10/26/2019 |
| Commercial Umbrella Liability | Houston Specialty Insurance Company | CX0019373001 | 10/26/2018 - 10/26/2019 |
| Commercial Excess Liability | Apollo Insurance Company | PL1800123 | 10/26/2018 - 10/26/2019 |
| Commercial Excess Liability | Starr Surplus Lines Insurance Company | 1000030818181 | 10/26/2018 - 10/26/2019 |
| Pollution Liability | Ironshore Specialty Insurance Company | 003334101 | 10/26/2018 - 10/26/2019 |
| Workers Compensation Liability | Rockwood Casualty Insurance Company | WC455851 | 12/01/2018 - 12/01/2019 |
| Workers Compensation Liability | Argonaut Insurance Company | WC688907 | 12/01/2018 - 12/01/2019 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In re Mission Coal Company, LLC, et al. | Case No. (Jointly Administered): | 18-04177-TOM11 |
| | Reporting Period: | January 1, 2019 - January 31, 2019 |
| | Federal Tax ID #: | 82-3778465 |

**ORDINARY COURSE PROFESSIONAL PAYMENTS**

$USD in 000's

| Entity | 1/31/2019 | Total Paid |
|---|---|---|
| **Tier 1** | | |
| Cherry Bekaret, LLP | 295 | 295 |
| Baker & Hostetler LLP | 289 | 289 |
| | $ 584 | $ 584 |
| | | |
| **Tier 2** | | |
| Bingham Greenebaum Doll, LLP | - | - |
| Bradley Arant Boult Cummings, LLP | - | - |
| Carr, Riggs, & Ingram, LLC | 53 | 53 |
| Fabian VanCott | - | - |
| Grove, Holmstrand & Delk, PLLC | - | - |
| Law Office of John F. Tyra, PC | - | - |
| Lucha LLC | 53 | 53 |
| KMPG LLP | 50 | 50 |
| Meyers, Roman, Friedberg & Lewis | - | - |
| Richards, Layton & Finger, P.A. | 9 | 9 |
| Sirote & Permutt, PC | - | - |
| Towers Watson Delaware, Inc. | - | - |
| | $ 165 | $ 165 |
| | $ 749 | $ 749 |