## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| | **)** | |
| **In re:** | **)** | **Chapter 11** |
| | **)** | |
| **MISSION COAL COMPANY, LLC,** *et al.,*[1] | **)** | **Case No. 18-04177-TOM11** |
| | **)** | |
| **Debtors.** | **)** | **(Jointly Administered)** |
| | **)** | |

## ORDER GRANTING DEBTORS' SECOND MOTION
## TO (I) EXTEND CERTAIN PLAN AND SALE RELATED
## DEADLINES AND (II) ADJOURN AND CONTINUE THE CONFIRMATION,
## THE SALE HEARINGS, AND OTHER MATTERS

This matter came before the Court on the *Debtors' Second Motion to (I) Extend Certain Plan and Sale Related Deadlines and (II) Adjourn the Confirmation and Sale Hearings*, [Docket No. 1017] (the "Motion"). The Court, having considered the Motion[2], hereby **ORDERS** as follows:

1.      The Motion is **GRANTED** as provided herein.

2.      The current Deadlines are hereby adjusted (the "Amended Deadlines") and the Confirmation, the Sale Hearings, and other matters are hereby adjourned, consistent with the following:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Mission Coal Company, LLC (8465); Beard Pinnacle, LLC (5102); Oak Grove Land Company, LLC (6068); Oak Grove Resources, LLC (0300); Pinnacle Land Company, LLC (5102); Pinnacle Mining Company, LLC (5102); Seminole Alabama Mining Complex, LLC (6631); Seminole Coal Resources, LLC (1795); Seminole West Virginia Mining Complex, LLC (7858); Seneca Coal Resources, LLC (1816); and Seneca North American Coal, LLC (5102). The location of the Debtors' service address is:  7 Sheridan Square, Suite 300, Kingsport, Tennessee 37660.

[2]     The Court also considered additional information provided by counsel during a telephonic hearing on the Motion.

| Event | Date |
|---|---|
| Sale Objection Deadline | **March 27, 2019, at 4:00 p.m., prevailing Central Time** |
| Voting Deadline | **March 27, 2019, at 4:00 p.m., prevailing Central Time** |
| Plan Objection Deadline | **March 27, 2019, at 4:00 p.m., prevailing Central Time** |
| Deadline to Opt-Out of Third Party Releases under the Plan | **March 27, 2019, at 4:00 p.m., prevailing Central Time** |
| Deadline to File Voting Report | **Two days prior to the Confirmation Hearing, 12:00 p.m., prevailing Central Time** |
| Deadline to File Confirmation Brief and Confirmation Objection Reply/Statements in Support of Confirmation | **April 1, 2019, at 12:00 p.m., prevailing Central Time** |
| Deadline to File Reply/Statements in Support of the Sale | **April 1, 2019, at 12:00 p.m., prevailing Central Time** |
| Sale Hearing | **April 3, 2019, at 10:00 a.m., prevailing Central Time** |
| Confirmation Hearing | **April 3, 2019, at 10:00 a.m., prevailing Central Time** |

3.      All Plan and Sale related objections filed to date, including any objections to the Debtors' proposed cure costs or assumption, and/or assignment of executory contracts or unexpired leases, are hereby adjourned, and are set for hearing at the Confirmation and Sale Hearings on April 3, 2019, at 10:00 a.m., prevailing Central Time.

4.      Any creditor or party-in-interest that has previously submitted a vote for or against confirmation of the Plan may submit an amended vote (the "Amended Vote") on or prior to the Amended Voting Deadline, and the Amended Vote shall supersede any prior vote for all purposes.

5.      Except as otherwise amended herein, any vote or Amended Vote must comply with Article VII.F. of the Disclosure Statement.

6.      Any creditor or party-in-interest that has previously filed an objection to confirmation of the Plan or Sale may file an amended objection to confirmation of the Plan or approval of the Sale prior to the Plan Objection Deadline or Sale Objection Deadline as set forth in the Amended Deadlines.

7.      The *Motion of the Official Committee of Unsecured Creditors Seeking the Entry of an Order Granting it Standing and Authorizing it to Prosecute and Settle Certain Claims and Causes of Action on Behalf of the Debtors' Estates* [Docket No. 964] (the "Standing Motion") and the *Motion of the Official Committee of Unsecured Creditors for the Entry of an Order Authorizing the Filing Under Seal of Certain Redacted Portions of (1) Its Motion for Entry of an Order Granting It Standing and Authorizing It to Prosecute and Settle Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (2) the Proposed Complaint Attached Thereto* [Docket No. 968] (the "Motion to Seal") are hereby adjourned, and are set for hearing at the Confirmation and Sale Hearings on April 3, 2019, at 10:00 a.m., prevailing Central Time.

8.      The deadline to file a statement in support of or object to the Standing Motion and the Motion to Seal is March 27, 2019 at 4:00 p.m., prevailing Central Time.  The deadline to file a reply to any such statements in support or objections to the Standing Motion and the Motion to Seal is April 1, 2019 at 12:00 p.m., prevailing Central Time.

9.      The Debtors' notice and claims agent, Omni Management Group (the "Notice and Claims Agent"), shall serve this order and a notice of adjournment of the Confirmation and Sale Hearings to be filed publicly on the case docket, on all parties in interest via email, where available, and by first class mail for any party for which email is unavailable.  The Notice and Claims Agent shall post the notice of adjournment of the Confirmation and Sale Hearings on the case website at www.omnimgt.com/missioncoal.

Dated:  March 15, 2019                          /s/ Tamara O. Mitchell
Birmingham, Alabama                          TAMARA O. MITCHELL
                                             UNITED STATES BANKRUPTCY JUDGE