# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Mission Coal Company, LLC, et al.,   }   **Case No: 18-04177-TOM11**
}
DEBTOR(S).   }
}
}

## ORDER RESCHEDULING HEARING

This matter was scheduled for a hearing on Wednesday, March 20, 2019 10:00 AM on the following:

1) RE: Doc #393; Debtors' Motion for Approval of the Sale of All, Substantially All, or Any Combination of Debtors' Assets
2) RE: Doc #766; Objection of MMD Mineral Sizing (America), Inc., to Debtors Notice to Contract Parties to Potentially Assumed Contracts and Unexpired Leases
3) RE: Doc #935; Objection of JoAnn Waid, Lennis L. Waid and other Waid Claimants to Confirmation of the First Amended Joint Chapter 11 Plan
4) RE: Doc #934; Objection of Bay Point Capital Partners, LP to Debtors' Request to Sell All, or Substantially All, of Their Assets
5) RE: Doc #937; Limited Objection and Reservation of Rights of WPP LLC to Debtor's Proposed Sale of Assets Pursuant to the Terms of the Order (I) Approving Bidding Procedures, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sa
6) RE: Doc #932; Objection of The West Virginia Department of Environmental Protection to Debtor's Proposed Sale of Assets
7) RE: Doc #936; Limited Objection of Powellton Minerals LLC to Sale and Reservation of Rights
8) RE: Doc #964; Motion for Entry of An Order Granting Committee Standing and Authorizing It to to Prosecute and Settle Claims and Causes of Action on Behalf of The Debtors' Estates
9) RE: Doc #968; Motion for the Entry an Order Authorizing the Filing Under Seal of Certain Redacted Portions of (I) its Motion for Entry of an Order Granting the Committee St
10) RE: Doc #987; Objection of Carter Machinery Company, Inc., to Debtors' First Amended Plan
11) RE: Doc #994; Objection of Indemnity National Insurance Company to Proposed Sale of Assets in Accordance with Bidding Procedures Order
12) RE: Doc #996; Objection of The Secretary of the United States Department of Labor to the First Amended Chapter 11 Plan
13) RE: Doc #992; Objection of Bay Point Capital Partners, LP to the First Amended Joint Chapter 11 Plan
14) Confirmation Hearing

**It is hereby ORDERED, ADJUDGED and DECREED that:**

Based on the pleadings, these matters are continued to April 3, 2019 at 10:00 am in

courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 03/18/2019

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge