# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Mission Coal Company, LLC, et al.,   }   **Case No: 18-04177-TOM11**
                                     }
DEBTOR(S).                           }
                                     }
                                     }

### COURTROOM NOTES CONTINUING

**Matter(s):**

1) RE: Doc #393; Debtors' Motion for Approval of the Sale of All, Substantially All, or Any Combination of Debtors' Assets
2) Continuing/Rescheduling to 04/04/2019 at 01:30PM at Courtroom 3 (TOM) Birmingham (RE: Doc &amp;#035;393; Debtors&amp;#039; Motion for Approval of the Sale of All, Substantially All, or Any Combination of Debtors&amp;#039; Assets)
3) RE: Doc #922; Objection of JoAnn Waid, Lennis L. Waid and other Waid Claimants to Debtors' Motion for Approval of the Sale of All, Substantially All, or Any Combination of Debtors' Assets
4) RE: Doc #932; Objection of The West Virginia Department of Environmental Protection to Debtor's Proposed Sale of Assets
5) RE: Doc #934; Objection of Bay Point Capital Partners, LP to Debtors' Request to Sell All, or Substantially All, of Their Assets
6) RE: Doc #936; Limited Objection of Powellton Minerals LLC to Sale and Reservation of Rights
7) RE: Doc #937; Limited Objection and Reservation of Rights of WPP LLC to Debtor's Proposed Sale of Assets Pursuant to the Terms of the Order (I) Approving Bidding Procedures, (II) Scheduling Hearings and Objection Deadlines with Respect to the Sa
8) RE: Doc #994; Objection of Indemnity National Insurance Company to Proposed Sale of Assets in Accordance with Bidding Procedures Order
9) RE: Doc #1146; Statement, Objection, and Reservation of Rights Regarding Debtors' Motion to Approve Proposed Sale or Assets filed by Joseph Sheerin, Attorney for Anthem Health Plans of Virginia, Inc. dba Anthem Blue Cross and Blue Shield
10) RE: Doc #1150; Objection and Reservation of Rights of Mission Coal Funding LLC to Debtors' Proposed Sale of Assets and Distribution of Proceeds filed by John Isbell, Attorney for Mission Coal Funding LLC.
11) RE: Doc #1152; Objection to the Debtors' proposed Sale of All or Substantially All Assets filed by Brian Walding, Attorney for WPP LLC
12) RE: Doc #1157; Limited Objection to Debtors' Proposed Plan

filed by J. Leland Murphree, Attorney for the McCoy Group
13) RE: Doc #1168; Reservation of Rights in Connection with the Debtors' Proposed Sale filed by Rita Hullett, Attorney for the Official Committee of Unsecured Creditors
14) Confirmation Hearing on Debtors Plan
15) WITHDRAWN - RE: Doc #926; Objection of Jefferson County Board of Health/Jefferson County Department of Health, Bureau of Environmental Health to Confirmation of Plan and Request for Administrative Expense Priority
16) RE: Doc #935; Objection of JoAnn Waid, Lennis L. Waid and other Waid Claimants to Confirmation of the First Amended Joint Chapter 11 Plan
17) RE: Doc #987; Objection of Carter Machinery Company, Inc., to Debtors' First Amended Plan
18) RE: Doc #992; Objection of Bay Point Capital Partners, LP to the First Amended Joint Chapter 11 Plan
19) RE: Doc #996; Objection of The Secretary of the United States Department of Labor to the First Amended Chapter 11 Plan
20) RE: Doc #1008; Objection to Confirmation of the First Amended Joint Chapter 11 Plan Filed by Indemnity National Insurance Company
21) RE: Doc #1107; Objection to Confirmation filed by West Virginia Department of Environmental Protection
22) RE: Doc #1142; Objection to Confirmation of Second Amended Joint Chapter 11 Plan of Mission Coal Company, LLC and Certain of its Debtor Affiliates filed by Richard O'Neal, Attorney for Internal Revenue Service
23) RE: Doc #1146; Statement, Objection, and Reservation of Rights Regarding Proposed Second Amended Joint Plan of Reorganization filed by Joseph Sheerin, Attorney for Anthem Health Plans of Virginia, Inc. dba Anthem Blue Cross and Blue Shield
24) RE: Doc #1149; Objection to the Second Amended Joint Chapter 11 Plan of Mission Coal Company, LLC and Certain of its Debtor Affiliates filed by Thomas B. Humphries, Attorney for Cleveland-Cliffs Inc.
25) RE: Doc #1152; Objection to Confirmation of the Debtors' Plan filed by Brian Walding, Attorney for WPP LLC
26) RE: Doc #1153; Objection to Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan filed by David Selby II, Attorney for West Virginia State Tax Department
27) RE: Doc #1157; Limited Objection to Debtors' Proposed Sale filed by J. Leland Murphree, Attorney for the McCoy Group
28) RE: Doc #1159; Objection to Debtors' Plan of Reorganization filed by R. Scott Williams, Attorney for the United Mine Workers of America
29) RE: Doc #1163; Objection to the Second Amended Joint

Chapter 11 Plan of Mission Coal Company, LLC and Certain of its Debtor Affiliates filed by Rita Hullett, Attorney for Official Committee of Unsecured Creditors

30) RE: Doc #1183; Objection of State of Alabama Department of Revenue to Confirmation of Second Amended Joint Chapter 11 Plan

31) RE: Doc #968; Motion for the Entry an Order Authorizing the Filing Under Seal of Certain Redacted Portions of (I) its Motion for Entry of an Order Granting the Committee Standing

32) RE: Doc #964; Motion for Entry of An Order Granting Committee Standing and Authorizing It to to Prosecute and Settle Claims and Causes of Action on Behalf of The Debtors' Estates

33) RE: Doc #1026; Joinder in Motion of the Official Committee of Unsecured Creditors Motion for Entry of an Order Authorizing the Filing Under Seal of Certain Redacted Portions of it's Pleadings filed by Lee R. Benton

34) RE: Doc #1115; Joinder of Coking Coal Leasing, LLC, ENCECO Inc., Charles A. Ebetino, Jr., Iron Management II, LLC, Iron Management III, LLC, Jason R. McCoy, Kenneth R. McCoy in Motion Authorizing the Filing Under Seal of Certain Redacted Portions

35) RE: Doc #1158; Objection of Kenneth R. McCoy, Jason R. McCoy, Charles A. Ebetino, Jr., Iron Management II, LLC, Iron Management III, LLC, ENCECo Inc., and Coking Coal Leasing, LLC to Motion of the Official Committee of Unsecured Creditors Seeking the

36) RE: Doc #1162; Debtors' Objection to Motion of the Official Committee of Unsecured Creditors Seeking the Entry of an Order Granting It Standing and Authorizing It to Prosecute and Settle Certain Claims and Causes of Action on Behalf of the Debto

37) RE: Doc #736; Objection of Linnis L. Waid and other Waid Claimants to Debtors Notice to Contract Parties to Potentially Assumed Contracts and Unexpired Leases

38) RE: Doc #745; Objection of WPP LLC to Debtors Notice to Contract Parties to Potentially Assumed Contracts and Unexpired Leases

39) RE: Doc #748; Objection of Lasher LLC to Debtors Notice to Contract Parties to Potentially Assumed Contracts and Unexpired Leases

40) RE: Doc #765; Objection of Powellton Minerals LLC to Debtors Notice to Contract Parties to Potentially Assumed Contracts and Unexpired Leases

41) RE: Doc #766; Objection of MMD Mineral Sizing (America), Inc., to Debtors Notice to Contract Parties to Potentially Assumed Contracts and Unexpired Leases

42) CONTINUED TO 5/1/2019 - RE: Doc #566; Motion for Relief from Stay or in the alternative for Adequate Protection filed by

Benjamin Goldman, Attorney for Thompson Tractor Co., Inc.
43) RE: Doc #612; Motion for Order Compelling Arbitration Under The Federal Arbitration Act and Granting Relief from The Automatic Stay filed by Coking Coal Leasing, LLC
44) RE: Doc #957; Motion for Relief from Stay filed by Robert Keller, Attorney for Clifford Parker, Jr.
45) RE: Doc #971; Motion for Relief from Stay filed by Max Moseley, Attorney for Angelo Webster, Clarence Oats, David Cross and Robert Jones
46) RE: Doc #621; Motion of Bay Point Capital Partners, LP for (A) An Order Directing the Debtors (1) To Comply With Their Lease Obligations Pursuant to 11 U.S.C. Section 363(d)(5) or (2) to Provide Adequate Protection Pursuant to 11 U.S.C.
47) RE: Doc #799; Debtors Omnibus Objection to Motion for Relief from Stay filed by Creditor Coking Coal Leasing, LLC, and Motion for (A) An Order Directing the Debtors (1) To Comply With Their Lease Obligations Pursuant to 11 U.S.C. Section 363(d)(5) or
48) RE: Doc #800; Joinder of Official Committee Of Unsecured Creditors In and Adoption of the Debtor's Objection to Motion for Relief from Stay filed by Coking Coal Leasing LLC, and Motion for (A) An Order Directing the Debtors (1) To Comply With Th
49) RE: Doc #1040; Expedited Motion to Continue Hearing on Motion of Bay Point Capital Partners, LP for (A) An Order Directing the Debtors (1) To Comply With Their Lease Obligations or (2) To Provide Adequate Protection or (B) Relief from the Automatic S
50) RE: Doc #691; Status Conference on Motion for Relief from Stay filed by Walter McArdle, Attorney for JoAnn Waid, Lennis L. Waid and other Waid Claimants
51) RE: Doc #891; Debtors' Omnibus Response to The Waid Claimants Motion for Relief from Stay, and Application for Administrative Expenses and Motion for Accounting and Objection to Notice to Contract Parties to Potentially Assumed
52) RE: Doc #1127; Status Conference on Amendment to Motion for Ruling of Lack of Jurisdiction filed by JoAnn Waid, et al.
53) RE: Doc #911; Status Conference on Amended Motion for Ruling of Lack of Jurisdiction Over Claims and Remedies and to Preclude Court from Modifying or Voiding State Court Order Filed by Creditor Joann Waid, et al.
54) RE: Doc #914; Show Cause Why the Motion for Relief from Stay filed by JoAnn Waid, et al. (Docket Entry #691) and the Status Conference on Application for Allowance and Payment of Administrative Expense Claim and Motion for Accounting filed by Jo
55) RE: Doc #1007; Debtors' Omnibus Response to Amended Motion for Ruling of Lack of Jurisdiction Over Claims and Remedies and to Preclude Court from Modifying or Voiding State Court Order Filed by Creditor Joann Waid, et al.

56) RE: Doc #1052; Status Conference on Motion to Abstain filed by JoAnn Waid, Lennis L. Waid and other Waid Claimants

57) RE: Doc #559; Status Conference on Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. Section 503(b)(9) filed by C. Ellis Brazeal III, Attorney for Carter Machinery Company, Inc.

58) RE: Doc #698; Status Conference on Application for Allowance and Payment of Administrative Expense Claim and Motion for Accounting filed by Walter McArdle, Attorney for JoAnn Waid, Lennis L. Waid and other Waid Claimants

59) RE: Doc #958; Status Conference on Application for Allowance of Administrative Expense Claim filed by Jeremy Retherford, Attorney for Berwind Land Company

60) RE: Doc #972; Status Conference on Application for Allowance of Administrative Expense Claim filed by Matthew Cahill, Attorney for Powellton Minerals LLC

61) RE: Doc #981; Status Conference on Protective Application for Allowance of Administrative Expense Claim Filed by James Bailey, Attorney for USA Energy Company LLC d/b/a Warrior Energy

62) RE: Doc #989; Status Conference on Application for Allowance of Administrative Expense Claim filed by Jeremy Retherford, Attorney for Coal Specialty Funding, LLC

63) RE: Doc #990; Status Conference on Motion for Allowance and Payment of Administrative Expense Claim filed by Ellis Brazeal, Attorney for Bay Point Capital Partners, LP

64) RE: Doc #993; Status Conference on Application for Allowance of Administrative Expense filed by Daniel Waxman, Attorney for Indemnity National Insurance Company

65) RE: Doc #995; Status Conference on Administrative Claim filed by Brian Walding, Attorney for WPP LLC

66) RE: Doc #1108; Status Conference on Protective Application for Allowance of Administrative Expense Filed by Interested Party West Virginia Department of Environmental Protection

67) RE: Doc #1111; Status Conference on Motion for Allowance and Payment of Administrative Expenses Claim Filed by Creditor MoEqCo, LLC

68) RE: Doc #1145; Status Conference on Protective Administrative Claim of Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield Regarding Debtors Proposed Joint Plan of Reorganization filed by Joseph S. Sheerin, Attorney for Anthem H

69) RE: Doc #1170; Status Conference on Application for Administrative Expenses Filed by Edward Ragland, Attorney for United States Department of Labor

70) WITHDRAWN - RE: Doc #702; Status Conference on Motion for Allowance and Payment of Administrative Expense Claim filed by Bryan Kaplan, Attorney for Kellis Vegetation Management, Inc.

| | |
|---|---|
| **Date and Time:** | Thursday, April 04, 2019 01:30 PM |
| **Appearances:** | Noted on the record |
| **Courtroom Deputy:** | Chris Callies |
| **Presiding Judge:** | TAMARA O. MITCHELL |
| **Court Notes:** | The hearing on these matters will be held on Friday, April 5, 2019 at 8:00 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama. |

Date Prepared: 04/05/2019