# Notice Recipients

District/Off: 1126–2     User: admin     Date Created: 4/15/2019
Case: 18–04177–TOM11     Form ID: pdf000     Total: 205

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Benjamin Shaw Goldman | bgoldman@handarendall.com |
| aty | Bill D Bensinger | bdbensinger@csattorneys.com |
| aty | Brian R Walding | bwalding@waldinglaw.com |
| aty | Bryan Scott Kaplan | bkaplan@kkgpc.com |
| aty | Cathleen C Moore | ccmoore@bradley.com |
| aty | Clark R Hammond | chammond@wallacejordan.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | D Christopher Carson | ccarson@burr.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Daniel Isaac Waxman | dwaxman@wyattfirm.com |
| aty | David Skinner | david@skinnerlegal.com |
| aty | David Lewis Selby, II | dselby@baileyglasser.com |
| aty | David M. Hillman | David.Hillman@srz.com |
| aty | David S. Maxey | dmaxey@spain–gillon.com |
| aty | Douglas J Centeno | dcenteno@bcattys.com |
| aty | Edward Q Ragland | ed.ragland@usdoj.gov |
| aty | Eric T Ray | eray@balch.com |
| aty | Evan Nicholas Parrott | eparrott@maynardcooper.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | Frederick Mott Garfield | fgarfield@spain–gillon.com |
| aty | Garrett Nail | garrett.nail@thompsonhine.com |
| aty | George N. Davies | gdavies@qcwdr.com |
| aty | Glen Marshall Connor | gconnor@qcwdr.com |
| aty | Grady Milton McCarthy | milton.mccarthy@asmc.alabama.gov |
| aty | Heather A Jamison | hlee@burr.com |
| aty | J Leland Murphree | Lmurphree@maynardcooper.com |
| aty | James Blake Bailey | jbailey@bradley.com |
| aty | James Michael Cooper | jmc@phm–law.com |
| aty | James T. Bentley | James.Bentley@srz.com |
| aty | Jay R. Bender | jbender@babc.com |
| aty | Jennifer Brooke Kimble | jkimble@lowenstein.com |
| aty | Jeremy L Retherford | jretherford@balch.com |
| aty | John Isbell | john.isbell@thompsonhine.com |
| aty | Joseph Sinnott Sheerin | jsheerin@mcguirewoods.com |
| aty | Kevin A Rogers | krogers@wellsmar.com |
| aty | Lee R. Benton | lbenton@bcattys.com |
| aty | Linda Donhauser | ldonhauser@milesstockbridge.com |
| aty | Lloyd Weaver Gathings, II | lgathings@gathingslaw.com |
| aty | Marty L. Brimmage, Jr. | mbrimmage@akingump.com |
| aty | Mary Martin Majors Mitchell | mary.mitchell@revenue.alabama.gov |
| aty | Matthew Jason Ford | mford@baileyglasser.com |
| aty | Matthew M Cahill | mcahill@bakerdonelson.com |
| aty | Max A. Moseley | mmoseley29@hotmail.com |
| aty | Michael E Bybee | mbybee1@bellsouth.net |
| aty | Michael Leo Hall | mhall@burr.com |
| aty | Paul Greenwood | pgreenwood@balch.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Richard Patrick Carmody | richard.carmody@arlaw.com |
| aty | Rita L Hullett | rhullett@bakerdonelson.com |
| aty | Robert C Keller | rjlawoff@bellsouth.net |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell McWhorter Cunningham, IV | russell@cunninghamfirmllc.com |
| aty | Ryan David Thompson | rthompson@maynardcooper.com |
| aty | Samuel Stephens | sstephens@bcattys.com |
| aty | Stephen B Porterfield | sporterfield@sirote.com |
| aty | Stuart H. Memory | smemory@memorylegal.com |
| aty | Thomas Benjamin Humphries | thumphries@sirote.com |
| aty | Vernie Edward Freeman | lorabeth@stonepatton.com |
| aty | Walter F McArdle | wmcardle@spain–gillon.com |

TOTAL: 60

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Mission Coal Company, LLC, et al., | | 7 Sheridan Square, Suite 300 | Kingsport, TN 37660 |
| ba | J. Thomas Corbett | Bankruptcy Administrator | 1800 5th Avenue North | Birmingham, AL 35203 |
| cr | United Mine Workers of America | UMWA Headquarters | 18354 Quantico Gateway Drive #200 | Triangle, VA 22172 |

| Type | Name | Address |
|---|---|---|
| cr | Alabama Power Company | c/o Eric T. Ray, P.O. Box 306, Birmingham, AL 35201 |
| cr | Indemnity National Insurance Company | 725 Cool Springs Boulevard, Suite 600, Franklin, TN 37067 |
| cr | Delaware Trust Company, Adm. Agt. for First Lien Holders | c/o Linda V. Donhauser, Esquire, Miles & Stockbridge P.C., 100 Light St., 10th Fl., Baltimore, MD 21202 |
| cr | Natural Resource Partners L.P. | c/o Jennifer M. McLemore, Esquire, Christian & Barton, LLP, 909 E. Main Street, Suite 1200, Richmond, VA 23219 |
| cr | Mission Coal Funding, LLC | 6801 Falls Of Neuse Road, Suite 100, Raleigh, NC 27615 |
| intp | Francis Petrie | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 |
| intp | Gilbert Wallice | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 |
| intp | Melissa N. Koss | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 |
| intp | Stephen E. Hessler | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 |
| intp | Brad Weiland | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 |
| intp | Travis M. Bayer | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 |
| intp | Michael P. Esser | Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104 |
| intp | Ciara Foster | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 |
| intp | Anne Gilbert Wallice | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022 |
| cr | THOMPSON TRACTOR CO., INC. | HAND ARENDALL HARRISON SALE LLC, 1801 5th Avenue North, Suite 400, Birmingham, AL, 35203 U.S. |
| cr | COWIN EQUIPMENT COMPANY, INC. | c/o Cathy Moore, Bradley Arant Boult Cummings, LLP, 1819 5th Avenue North, Birmingham, AL 35203 |
| cr | Berwind Land Company | c/o Peter M. Pearl, Spilman Thomas & Battle PLLC, P. O. Box 90, Roanoke, VA 24002 |
| ba | Jon A Dudeck | 1800 5th Avenue North, Birmingham, AL 35203 |
| crcm | United Central Industrial Supply Company, LLC | Attn: Henry E. Looney, 1241 Volunteer Pkwy, Ste. 1000, Bristol, TN 37620 |
| crcm | United Mine Workers of America | Attn: Brian Sanson, 18354 Quantico Gateway Drive, Suite 200, Triangle, VA 22172 |
| crcm | UMWA 1974 Pension Plan and Trust | Attn: Glenda S. Finch, 2121 K Street, N.W., Washington, DC 20037 |
| crcm | Pense Bros. Drilling Co., Inc. | Attn: Lisa Whitener, P. O. Box 551, Frederick Town, MO 63645 |
| crcm | Coal Speciality Funding, LLC | Attn: Kirk B. Burkley, Esq, 707 Grant St., Ste 2200 Gulf Tower, Pittsburgh, PA 15219 |
| crcm | Cleveland−Cliffs Inc. f.k.a. Cliffs Natural Resources, Inc. | Attn: Susanne E. Dickerson, 200 Public Square, Ste 3300, Cleveland, OH 44114 |
| crcm | White Armature Works, Inc. | Attn: John White III, P. O. Box 330, Mallory, WV 25634 |
| crcm | Tracy Barton | C/O Lloyd Gathings, 2204 Lakeshore Sr., Ste 406, Birmingham, AL 35209 |
| intp | Angelo Webster | Attn: Jeffrey P. Leonard and Max Moseley, 2224 1st Avenue North, Birmingham, AL 35203 |
| cr | Appalachian Power Company d/b/a American Electric Power | c/o Eric T. Ray, Esq., Post Office Box 306, Birmingham, AL 35201 |
| cr | Alabama Surface Mining Commission | P. O. Box 2390, Jasper, AL 35502−2390 |
| cr | Wilmington Savings Fund Society, FSB | c/o John R. Ashmead, Seward & Kissel, LLP, One Battery Park Plaza, New York, NY 10004 |
| intp | Zolfo Cooper Management, LLC | c/o Kevin Nystrom, 5 Becker Farm Road, 4th Floor, Roseland, NJ 07068 |
| cr | Custom Engineering, Inc. | 656 Hall St, Clay, KY 42404 |
| cr | Bluestone Coal Corporation and Double Bonus Mining Company | 1901 6th Avenue North, Birmingham |
| cr | Cleveland−Cliffs, Inc. f/k/a Cliffs Natural Resources, Inc. | c/o Stephen B. Porterfield, 2311 Highland Avenue South, Birmingham, AL 35205 |
| op | Jefferies LLC | 520 Madison Avenue, New York, NY 10022 |
| op | Omni Management Group | 1120 Avenue of the Americas, 4th Floor, New York, NY 10036 |
| aud | Cherry Bekaret, LLP | P.O. Box 25549, Richmond, VA 23260 |
| sp | Ogletree Deakins Nash Smoak & Stewart PC | P.O. Box 89, Columbia, SC 29202 |
| sp | Bingham Greenebaum Doll, LLP | 300 West Vine Street Suite 1200, Lexington, KY 40507 |
| sp | Bradley Arant Boult Cummings, LLP | One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203 |
| acc | Carr, Riggs, & Ingram, LLC | 1117 Boll Weevil Circle, Enterprise, AL 36331−1070 |
| sp | Fabian VanCott | 215 South State Street, Suite 1200, Salt Lake City, UT 84111 |
| sp | Gibbons P.C. | One Gateway Center, Newark, NJ 07102−5310 |
| sp | Grove, Holmstrand & Delk, PLLC | 44 1/2 Fifteenth Street, Wheeling, wv 26003 |
| sp | Law Office of John F. Tyra, PC | 1661 McFarland Blvd N, Tuscaloosa, AL 35406 |
| consult | Lucha LLC | 274 Gentle Breeze Drive, Chapmanville, WV 25598 |
| acc | KPMG LLP | 1676 International Drive, McLean, VA 22102 |
| sp | Meyers, Roman, Friedberg & Lewis | 28601 Chagrin Blvd, Suite 600, Cleveland, OH 44122 |
| sp | Richards, Layton & Finger, P.A. | One Rodney Square, P.O. Box 551, Wilmington, DE 19899 |
| sp | Sirote & Permutt, PC | P O Bo 55727, Birmingham, AL 35255 |
| op | Towers Watson Delaware, Inc. | P.O. Box 28025, Chicago, IL 60673 |
| cr | Jam Khorrami | c/o Mina Nami Khorrami, LLC, 115 West Main, Ste 200A, Columbus, OH 43215 |
| cr | Joann Waid, et al. | Spain & Gillon, LLC, 505 North 20th Street, 1200 Financial Center, Birmingham, AL 35203 |
| intp | Ana M Clarke | c/o Benton & Centeno, LLP, 2019 Third Avenue North, Birmingham, AL 35203 |
| intp | Thomas M Clarke | c/o Benton & Centeno, LLP, 2019 Third Avenue North, Birmingham, AL 35203 |
| cr | Bay Point Advisors, LLC | c/o Ellis Brazeal, Jones Walker LLP, 420 20th Street North, Birmingham, AL 35203 |
| fa | Berkeley Research Group, LLC | Edwin N. Ordway, Jr., 810 Seventh Avenue, Suite 4100, New York, NY 10019 |
| fa | Ernst & Young LLP | 1401 McKinney St Ste 1200, Houston, TX 77010 |

| | | |
|---|---|---|
| cr | MMD Mineral Sizing (America) Inc. | c/o Memory Memory & Causby, LLP    PO Box 4054    Montgomery, AL 36103 |
| ex | Direct Fee Review LLC | Don F. Oliver    1000 N West Street Suite 1200    Wilmington, DE 19801 |
| intp | Hilda Mitros | P O Box 1145    Welch, WV 24801 |
| cr | Carter Machinery Company, Inc. | c/o Ellis Brazeal    Jones Walker LLP    420 20th St. N.    Suite 1100    Birmingham, AL 35203 |
| cr | Coking Coal Leasing, LLC | c/o J. Leland Murphree    1901 6th Ave North Suite 2400    Birmingham, AL 35203–4604 |
| cr | ENCECO Inc. | c/o J. Leland Murphree    1901 6th Ave North Suite 2400    Birmingham, AL 35203–4604 |
| cr | Iron Management III, LLC | c/o J. Leland Murphree    1901 6th Ave North Suite 2400    Birmingham, AL 35203–4604 |
| cr | Iron Management II, LLC | c/o J. Leland Murphree    1901 6th Ave North Suite 2400    Birmingham, AL 35203–4604 |
| cr | Charles A. Ebetino, Jr. | c/o J. Leland Murphree    1901 6th Ave North Suite 2400    Birmingham, AL 35203–4604 |
| cr | Jason R. McCoy | c/o J. Leland Murphree    1901 6th Ave North Suite 2400    Birmingham, AL 35203–4604 |
| cr | Kenneth R. McCoy | c/o J. Leland Murphree    1901 Sixth Ave N Ste 2400    Birmingham, AL 35203–4604 |
| aty | Kellis Vegetation Management | Kitchens Kelley Gaynes PC    5555 Glenridge Connector, Suite 800    Glenridge Highlands One    Atlanta, ga 30342 |
| cr | Powellton Minerals LLC | c/o Baker Donelson PC    420 20th St. N., Suite 1400    Birmingham, AL 35203 |
| mv | American Guarantee and Liability Insurance Co. | American Guarantee and Liability Insuran    1299 Zurich Way    Schaumberg, IL 60196 |
| mv | Jefferson County Board of Health | 1400 6th Avenue South    Birmingham, AL 35233 |
| intp | Bradley Earl Muncy | P O Box 303    Welch, WV 24801 |
| cr | Clifford Parker, Jr. | c/o Russo, White & Keller, PC    315 Gadsden Highway    Suite D    Birmingham, AL 35235 |
| cr | USA Energy Company LLC d/b/a Warrior Energy | c/o Bradley    Attn: James B. Bailey    1819 Fifth Avenue North    Birmingham, AL 35203 |
| cr | United States Department of Labor | Office of Solicitor    Plan Benefits Security    200 Constitution Ave, NW    Room N–4611    Washington, DC 20210 |
| cr | MoEqCo, LLC | P.O. Box 117    Montgomery, WV 25136 |
| cr | Insolvency Section Internal Revenue Service | 801 Broadway    MDP 146, Room 285    Nashville, TN 37203 |
| cr | Robindale Energy Services, Inc. | 11 Lloyd Avenue    Suite 200    Latrobe, PA 15650 |
| cr | ALABAMA DEPARTMENT OF REVENUE | P.O. BOX 320001    MONTGOMERY, AL 36132–0001 |
| cr | Triangle Construction, Inc. | PO Box 5    Cordova, AL 35550 |
| aty | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | 420 20th Street N Ste 1400    Birmingham, AL 35203 |
| aty | Kirkland & Ellis LLP | 601 Lexington Avenue    New York, NY 10022 |
| aty | Lowenstein Sandler LLP | 1251 Avenue of the Americas    New York, NY 10020 |
| aty | Alan R. Lepene | Thompson Hine, LLP    3900 Key Center    127 Public Square    Cleveland, OH 44114 |
| aty | Allison P. Miller | AKIN GUMP STRAUSS HAUER & FELD LLP    One Bryant Park, Bank of America Tower    New York, NY 10036–6745 |
| aty | Arielle B. Adler | Lowenstein Sandler LLP |
| aty | Augustus C. Epps, Jr. | CHRISTIAN & BARTON, LLP    909 East Main Street, Suite 1200    Richmond, VA 23219–3095 |
| aty | Austin Klar | Kirkland & Ellis LLP    555 California St    San Francisco, CA 94104 |
| aty | Brad Weiland | KIRKLAND & ELLIS LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Ciara Foster | KIRKLAND & ELLIS LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Craig H. Averch | White & Case LLP    555 S Flower St Ste 2700    Los Angeles, CA 90071 |
| aty | Diana M. Bardes | Mooney, Green, Saindon, Murphy & Welch    1920 L Street, N.W., Suite 400    Washington, DC 20036 |
| aty | Erik Y. Preis | AKIN GUMP STRAUSS HAUER & FELD LLP    One Bryant Park, Bank of America Tower    New York, NY 10036–6745 |
| aty | Gabriel L. Olivera | Lowenstein Sandler LLP    One Lowenstein Drive    Roseland NJ |
| aty | James H.M. Sprayregen | KIRKLAND & ELLIS LLP    300 North LaSalle    Chicago, IL 60654 |
| aty | Jamie Gottlieb Furia | Lowenstein Sandler LIT    1251 Avenue of the Americas    New York, NY 10020 |
| aty | Jason D. Angelo | Reed Smith LLP    1201 North Market Street, Suite 1500    Wilmington, DE 19801 |
| aty | Jason P. Rubin | AKIN GUMP STRAUSS HAUER & FELD LLP    One Bryant Park, Bank of America Tower    New York, NY 10036–6745 |
| aty | Jeffey Cohen | Lowenstein Sandler LLP    1251 Avenue of the Americas    New York, NY 10020 |
| aty | Jennifer M. McLemore | CHRISTIAN & BARTON, LLP    909 East Main Street, Suite 1200    Richmond, VA 23219–3095 |
| aty | John Ashmead | Seward & Kissel, LLP    One Battery Park Plaza    New York, NY 10004 |
| aty | John C. Goodchild, III | Morgan, Lewis & Bockius LLP    1701 Market Street    Philadelphia, PA 19103–2921 |
| aty | John R. Mooney | Mooney, Green, Saindon, Murphy & Welch,    1920 L Street NW Suite 400    Washington, DC 20036 |
| aty | Joseph J. DiPasquale | Lowenstein Sandler LLP    One Lowenstein Drive    Roseland, NJ 07068 |
| aty | Kathryn G. Demander | Akin Gump Strauss Hauer & Feld LLP    1700 Pacific Avenue, Suite 4100    Dallas, TX 75201 |
| aty | Kevin J. Walsh | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO    One Financial Center    Boston, MA 02111 |

| | | | | |
|---|---|---|---|---|
| aty | Kevin W. Barrett | Bailey & Glasser LLP | 209 Capitol St | Charleston, WV 25301 |
| aty | Kirby B. Burkley | Bernstein–Burkley PC | 707 Grant Street Ste 2200 | Pittsburgh, PA 15219 |
| aty | Lacy M. Lawrence | AKIN GUMP STRAUSS HAUER & FELD LLP | 1700 Pacific Avenue, Suite 4100 | Dallas, TX 75201 |
| aty | Laura Gibson | Dentons US LLP | 1221 McKinney St Ste 1900 | Houston, TX 77010 |
| aty | Linda V. Donhauser | Miles & Stockbridge PC | 100 Light Street 10th Floor | Baltimore, MD 21202 |
| aty | Lisa G. Beckerman | AKIN GUMP STRAUSS HAUER & FELD LLP | One Bryant Park, Bank of America Tower | New York, NY 10036–6745 |
| aty | Louis A. Bove | Bodell Bove | 1845 Walnut St Ste 1100 | Philadelphia, PA 19103 |
| aty | Luke Sizemore | Reed Smith Centre | 225 5th Ave Ste 1200 | Pittsburgh, PA 15222 |
| aty | Mark A. Linidsay | Bernstein Burkley | 707 Grant Street, Suite 2200 Gulf Tower | Pittsburgh, PA 15219 |
| aty | Mary E. Seymour | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 |
| aty | Matthew Ziegler | Morgan Lewis Bockius LLP | 101 Park Avenue | New York, NY 10178 |
| aty | Max A. Moseley | Kumar Prabhu Patel & Banerjee | One Lakeside Commons Ste 800 | 990 Hammond Drive Atlanta, GA 30328 |
| aty | McClain Thompson | Kirkland & Ellis LLP | 1301 Pennsylvania Avenue, N.W. | Washington, DC 20004 |
| aty | Melissa N. Koss | KIRKLAND & ELLIS LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Michael Murray | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Michael B. Slade | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 |
| aty | Michael D. Mueller | CHRISTIAN & BARTON, LLP | 909 East Main Street, Suite 1200 | Richmond, VA 23219–3095 |
| aty | Nicole Fulfree | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 |
| aty | Paul A. Green | Mooney, Green, Saindon, Murphy & Welch, | 1920 L Street NW Suite 400 | Washington, DC 20036 |
| aty | Peter M. Pearl | Spilman, Thomas & Battle, PLLC | 310 First Street, Suite 1100 | Roanoke, VA 24011 |
| aty | Rachel Jaffe Mauceri | Morgan, Lewis & Bockius LLP | 1701 Market Street | Philadelphia, PA 19103–2921 |
| aty | Robert S. Dooley | 118 N 18th St | Bessemer, AL 35020 | |
| aty | Robert S. Faxon | Jones Day | 901 Lakeside Avenue | Cleveland, OH 44114–1190 |
| aty | Roberto J. Kampfner | White & Case, LLP | 555 S. Flower Street, Suite 2700 | Los Angeles, CA 90071 |
| aty | Ronald Gorsich | White & Case LLP | 555 S Flower St Ste 2700 | Los Angeles, CA 90071 |
| aty | Sandra D. Freeburger | Dietz, Shields & Freebuger, LLP | 101 First Street | P.O. Box 21 Henderson, KY 42419–0021 |
| aty | Scott McBride | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 |
| aty | Stephen E. Hessler | KIRKLAND & ELLIS LLP | 601 Lexington Avenue | New York, NY 10022 |
| aty | Steven L. Thomas | Kay Casto & Chaney PLLC | 707 Virginia Street, East, Suite 1500 | Charleston, WV 25301 |
| aty | Taylor Rose Stoneman | Kirkland & Ellis LLP | 555 California Street | San Francisco, CA 94014 |
| aty | Thomas M. Wearsch | Jones Day | 901 Lakeside Avenue | Cleveland, OH 44114–1190 |
| aty | Timothy J. McKeon | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | One Financial Center | Boston, MA 02111 |
| aty | Warren R. McGraw, II | P O Box 279 | Prosperity, WV 25909 | |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |

TOTAL: 145