**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MISSION COAL COMPANY, LLC, *et al.*,[1] | ) | Case No. 18-04177-TOM11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 1324 |

**NOTICE OF (A) ENTRY OF ORDER (I) CONFIRMING
THE FOURTH AMENDED JOINT CHAPTER 11 PLAN
OF REORGANIZATION OF MISSION COAL COMPANY AND
CERTAIN OF ITS DEBTOR AFFILIATES AND (II) GRANTING
RELATED RELIEF AND (B) OCCURRENCE OF THE PLAN EFFECTIVE DATE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

 **PLEASE TAKE NOTICE** that on April 15, 2019, the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court"), entered an order [Docket No. 1324] (the "Confirmation Order") confirming the *Fourth Amended Joint Chapter 11 Plan of Mission Coal Company, LLC and Certain of Its Debtor Affiliates* [Docket No. 1310] (with all supplements and exhibits thereto, the "Plan").[2]

 **PLEASE TAKE FURTHER NOTICE** that the Closing Date with respect to the sale of the portion of the Pinnacle Mining Complex sold to Bluestone, occurred on April 29, 2019, and (i) the sale of the Maple Eagle Mining Complex and the Oak Grove Mining Complex and (ii) the Plan Effective Date of the Plan occurred on April 30, 2019. Further notice shall be sent to all creditors, Interest Holders, and other parties in interest upon the occurrence of the Closing Date with respect to the Pinnacle Mining Complex.

 **PLEASE TAKE FURTHER NOTICE** that pursuant to Article V.B of the Plan, any Proofs of Claim based on the rejection of the Debtors' Executory Contracts or Unexpired Leases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mission Coal Company, LLC (8465); Beard Pinnacle, LLC (0637); Oak Grove Land Company, LLC (6068); Oak Grove Resources, LLC (0300); Pinnacle Land Company, LLC (6070); Pinnacle Mining Company, LLC (7780); Seminole Alabama Mining Complex, LLC (6631); Seminole Coal Resources, LLC (1795); Seminole West Virginia Mining Complex, LLC (7858); Seneca Coal Resources, LLC (1816); and Seneca North American Coal, LLC (5102). The location of the Debtors' service address is: 7 Sheridan Square, Suite 300, Kingsport, Tennessee 37660.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and the Confirmation Order.

KE 61064576

pursuant to the Plan or otherwise, must be Filed with the Bankruptcy Court and served on the Debtors or, after the Plan Effective Date, the Plan Administrator, as applicable, no later than 30 days following the entry of an Order of the Bankruptcy Court (including the Confirmation Order, 30 days from which is May 15, 2019) approving such rejection. **Any Holders of Claims arising from the rejection of an Executory Contract or Unexpired Lease for which Proofs of Claim were not timely Filed shall not (1) be treated as a creditor with respect to such Claim, (2) be permitted to vote to accept or reject the Plan on account of any Claim arising from such rejection, or (3) participate in any distribution in the Chapter 11 Cases on account of such Claim. Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors, the Debtors' Estates, or the property for any of the foregoing without the need for any objection by the Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully compromised, settled, and released, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.**

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided by Article II.A or by a Final Order entered by the Bankruptcy Court (including the Bar Date Order) on or prior to the Administrative Claims Bar Date, unless previously Filed, requests for payment of Administrative Claims, other than requests for payment of Estate Retained Professional Fee Claims, were required to be Filed and served on the Debtors no later than the Administrative Claims Bar Date, which date was March 11, 2019, pursuant to the procedures specified in the motion seeking approval of the Disclosure Statement [Docket No. 524] and the Disclosure Statement Order [Docket No. 762]. **HOLDERS OF ADMINISTRATIVE CLAIMS THAT ARE REQUIRED TO FILE AND SERVE A REQUEST FOR PAYMENT OF SUCH ADMINISTRATIVE CLAIMS THAT DO NOT FILE AND SERVE SUCH A REQUEST BY THE ADMINISTRATIVE CLAIMS BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE CLAIMS AGAINST THE DEBTORS, THEIR ESTATES, THE SUCCESSFUL BIDDERS, OR THE PLAN ADMINISTRATOR, AND SUCH ADMINISTRATIVE CLAIMS SHALL BE DEEMED COMPROMISED, SETTLED, AND RELEASED AS OF THE PLAN EFFECTIVE DATE**

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise ordered by the Bankruptcy Court, all final requests for payment of Estate Retained Professional Fee Claims must be filed with the Bankruptcy Court no later than thirty (30) days after the Plan Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Plan, the Plan Supplement, and the Confirmation Order are immediately effective and enforceable and deemed binding upon the Debtors, and any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, each

Entity acquiring property under the Plan, the Confirmation Order and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Supplement, the Confirmation Order, and copies of all documents filed in these chapter 11 cases are available free of charge by visiting www.omnimgt.com/missioncoal or by calling the Debtors' restructuring hotline at 888-585-6494 (U.S.) or 818-906-8300 (International). You may also obtain copies of any pleadings for a fee by visiting the Bankruptcy Court's website at https://ecf.alnb.uscourts.gov.

| | |
|---|---|
| Birmingham, Alabama<br>Dated: April 30, 2019 | */s/ Daniel D. Sparks*<br>Daniel D. Sparks<br>Bill D. Bensinger<br>**CHRISTIAN & SMALL LLP**<br>505 North 20th Street, Suite 1800<br>Birmingham, Alabama 35203<br>Telephone: (205) 795-6588<br>Facsimile: (205) 328-7234<br>Email: ddsparks@csattorneys.com<br>bdbensinger@csattorneys.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Brad Weiland (admitted *pro hac vice*)<br>Melissa N. Koss (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: james.sprayregen@kirkland.com<br>brad.weiland@kirkland.com<br>melissa.koss@kirkland.com<br><br>- and -<br><br>Stephen E. Hessler, P.C. (admitted *pro hac vice*)<br>Ciara Foster (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: stephen.hessler@kirkland.com<br>ciara.foster@kirkland.com<br><br>*Co-Counsel to the Debtors* |

---

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE, PLEASE
CONTACT OMNI MANAGEMENT GROUP BY CALLING
888-585-6494 (U.S.) OR 818-906-8300 (INTERNATIONAL).**

---