# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | | |
| Mission Coal Company, LLC, et al., | } | Case No: 18-04177-TOM11 |
| | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER AND NOTICE OF HEARING

This matter came before the Court on Wednesday, May 01, 2019 10:00 AM, for a hearing on the following:

    RE: Doc #1356; Scheduling Conference on Motion To Stay Pending Appeal filed by Walter McArdle, Attorney for JoAnn Waid, Lennis L. Waid and other Waid Claimants

Proper notice of the hearing was given and appearances were made by the following:
    Noted on the record

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The following time limits apply to this proceeding:

1. Response deadline: The Debtors shall file a Response on or before 12:00 pm (Central Time), May 6, 2019.

2. Reply deadline: The Waid Claimants shall file a Reply on or before 12:00 pm (Central Time), May 7, 2019.

A Final Hearing on these matters will be held on May 8, 2019 at 1:00 pm (Central Time) in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 05/01/2019

    /s/ TAMARA O. MITCHELL
    TAMARA O. MITCHELL
    United States Bankruptcy Judge