# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

Mission Coal Company, LLC, et al.,   }     **Case No: 18-04177-TOM11**
                                }
        DEBTOR(S).         }
                                }
                                }

## ORDER

This matter came before the Court on Monday, May 06, 2019 10:15 AM, for a hearing on the following:

RE: Doc #1386; Emergency Motion to Set Hearing on Emergency Motion to Alter or Amend the Order Confirming The Fourth Amended Chapter 11 Plan of Mission Coal Company, LLC and Certain of Its Debtor Affiliates filed by The United Mine Workers of America

Proper notice of the hearing was given and appearances were made by the following:

Scott Williams, attorney for United Mine Workers of America
Daniel D Sparks, attorney for Mission Coal Company, LLC, et al., (Debtor)
Jon A Dudeck (Bankruptcy Administrator)
Chris Carson, attorney for DIP Lenders
James Bailey, attorney for Murray Energy Corporation

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the representation of Scott Williams, Attorney for the United Mine Workers of America, the Emergency Motion to Set Hearing (pro#1386) and the Emergency Motion to Alter and Amend (pro#1385) are Withdrawn without prejudice.

Dated: 05/06/2019

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge