# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MISSION COAL COMPANY, LLC, *et al.*,[1] | ) ) ) | Case No. 18-04177-TOM11 |
| Debtors. | ) ) ) ) | (Joint Administration Requested) |

## ORDER DENYING MOTION TO STAY PENDING APPEAL

This matter came before the Court on (i) the *Motion to Stay Pending Appeal* [Docket No. 1356] (the "Stay Motion") filed by the JoAnn Waid, Lennis L. Waid, and other Waid Claimants ("the Waids"); (ii) the *Reorganized Debtors' Response in Opposition to Motion to Stay Pending Appeal* [Docket No. 1392] (the "Debtors' Opposition"); (iii) the *Joinder of Murray Energy Corporation and Murray Metallurgical Coal Holdings, LLC to the Reorganized Debtors' Response in Opposition to Motion to Stay Pending* Appeal [Docket No. 1393] ("Murray Joinder"); and (iv) the *Waid Claimants' Reply to Reorganized Debtors' Response in Opposition to Motion to Stay Pending Appeal* [Docket No. 1399] (the "Waids' Reply").

Upon consideration of the Stay Motion, the Debtors' Opposition, the Murray Joinder and the Waids' Reply, the arguments and representations of counsel at the hearing on May 8, 2019, the applicable law, all other matters brought before the Court, and based upon the findings of fact

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Mission Coal Company, LLC (8465); Beard Pinnacle, LLC (0637); Oak Grove Land Company, LLC (6068); Oak Grove Resources, LLC (0300); Pinnacle Land Company, LLC (6070); Pinnacle Mining Company, LLC (7780); Seminole Alabama Mining Complex, LLC (6631); Seminole Coal Resources, LLC (1795); Seminole West Virginia Mining Complex, LLC (7858); Seneca Coal Resources, LLC (1816); and Seneca North American Coal, LLC (5102). The location of the Debtors' service address is: 7 Sheridan Square, Suite 300, Kingsport, Tennessee 37660.

and conclusions of law stated on the record at the hearing on May 8, 2019, which are incorporated herein by reference, and for other good cause, the Court **FINDS, DETERMINES, AND CONCLUDES** that the Stay Motion is without merit and should be **DENIED**.

**WHEREFORE**, based on the foregoing findings of fact and conclusions of law, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Stay Motion shall be and hereby is **DENIED.**

Dated: May 8, 2019
/s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge